# SPEAK2VOICE LLC

16107 KENSINGTON DR, # 137 , SUGARLAND TX 77479  USA
EMAIL: speak2voicellc@gmail.com   TEL: 832-646-3314

DATE: JUNE 27 2023
CO:
   UNIVERSAL CRANES AND EQUIPMENTS,
   OFFICE NO.227, NAVVYAPAR BHUVAN, ABOVE ICICI BANK,
   P.D' MELLO ROAD, MASID EAST,
   MUMBAI 400009, MAHARASHTRA INDIA
   TEL: +919820219295

INVOICE #202347

SOLD (PROPERTY):
ONE UNIT OF USED LEIBHERR LTM 1120/1  ALL TERRAIN CRANE  S/N 0023726

PRICE: US 125,000.00 C&F  MUMBAI
( ONE HUNDRED AND TWENTY FIVE   THOUSAND  DOLLARS)

TERMS :100% ADVANCE VIA WIRE TRANSFER
$ 85,000 DUE JUNE 28 2023  AND BALANCE $ 40,000 DUE  IN 75 DAYS

BANK NAME: WELLS FARGO  BANK
BANK ADDRES : 1720,  HWY 6 ,SUGARLAND, TX 77478, USA
NAME ON ACCOUNT: SPEAK2VOICE LLC
ACCOUNT # 1315188696
ABA # 121000248
SWIFT CODE : WFBIUS6S

Buyer acknowledges that no warranty of merchantability or fitness for any particular purpose is expressed or implied in this transaction, that the Seller gives no warranty, expressed or implied, as to description quality, merchantability fitness for any particular purpose, productiveness or any other matter or any item of the property which the Buyer shall receive. The Seller shall in no way be responsible for the proper use and service of the property and the Buyer hereby waives all rights or refusals in return of the property. The property which is the subject of this sale having been made on the express understanding that there is no expressed or implied warranty, the Buyer acknowledges that he is not relying on the Seller or Seller's employees or agent's skill or judgment to select or furnish suitable goods for any particular purpose and that there are no warranties which extend beyond the description on the face hereof. The Buyer shall protect, defend, indemnitY and hold seller and its agents, employees and related companies harmless for any losses, cost expenses (including attorney's fees and court cost) claims (including claims of Buyer's employees), damages, demands, liabilities suits, actions, recoveries and judgments of every nature and description arising out of the handling, transportation, storage, use, resale or disposal of the property after delivery of the property to the Buyer. The buyer shall pay at the time of payment of the purchase price all applicable sales tax. In this event that the Buyer either fails to pay the tax or other charges as agreed above or fails to provide a valid exemption certificate, Buyer shall indemnitY and hold Seller harmless from any liability and expense by reason of such failure. The Buyer shall use the machine according to the manufacture's specification and operation manual following the safety regulations. It is the Buyer's responsibility to obtain the specifications and operations manual from the manufacturer of the machine. The Seller shall not hold any responsibility or liability in case of any accident or any other problem with the product after the sale. PAYMENT OF INVOICE IS BUYER'S ACCEPTANCE ON TIIE STATED TERMS AND CONDmON OF TInS TRANSACTION. This invoice shall serve as a Bill of Sale upon receipt of payment in full invoice value and all negations void in the event of dispute or non-compliance with the terms of the invoice.

_____
SPEAK2VOICE  LLC

Exhibit 2

------------------------ Instance Type and Transmission ------------------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status     : Network Ack
Priority/Delivery : Normal

------------------------ Message Header -----------------------------------------
Swift   : FIN 103 Single Customer Credit Transfer
Sender  : ICICINBBCTS
          ICICI BANK LIMITED
          GLOBAL TRADE SERVICES UNIT-MUMBAI
          INDIA IN
Receiver : ICICHKHHCLR
          ICICI BANK LTD
          CLEARING SERVICES DEPT
          HONG KONG HK
MUR     : 2360386

------------------------ Message Text --------------------------------------------
 20: Sender's Reference
     6235NSMI0056424
23B: Bank Operation Code
     CRED
32A: Value Date/Currency/Interbank Settled Amount
     230628
     Currency:  USD (US Dollar)
     Amount:  85000,00
33B: Currency/Instructed Amount
     Currency:  USD (US Dollar)
     Amount:  85000,00
50K: Ordering Customer
     122705001565
     UNIVERSAL CRANES AND EQUIPMENTS
     ABOVE ICICI BANK 2ND FLR OFFICE
     MUMBAI
     INDIA
57A: Account With Institution
     WFBIUS6SXXX
     WELLS FARGO BANK, N.A.
     UNITED STATES OF AMERICA US
 59: Beneficiary Customer
     1315188696
     SPEAK2VOICE LLC
     16107 KENSINGTON DR 137 SUGARLAND
     TX 77479
     UNITED STATES
 70: Remittance Information
     ADVANCE PAYMENT AGAINST IMPORT
     INV NO 202347

```
     INV DT 27/06/2023
71A: Details of Charges
     OUR


------------------------ Message Trailer -----------------------------------
MAC: 00000000
CHK: 5DEA8FF49936


----------------------Interventions-----------------------------------------
Category         : Network Report
Creation Time    :28/06/2023 22:43:00
Application      : SWIFT Interface
Text
{1:F21ICICINBBACTS4771317013}{4:{177:2306282243}{451:0}{108:2360386}}
```