# SPEAK2VOICE LLC

16107 KENSINGTON DR, # 137 , SUGARLAND TX 77479  USA
EMAIL: speak2voicellc@gmail.com  TEL: 832-646-3314

DATE: JULY 28 2023
CO:
   UNIVERSAL CRANES AND EQUIPMENTS,
   OFFICE NO.227, NAVVYAPAR BHUVAN, ABOVE ICICI BANK,
   P.D' MELLO ROAD, MASID EAST,
   MUMBAI 400009, MAHARASHTRA INDIA
   TEL: +919820219295

INVOICE #202355

SOLD (PROPERTY):
ONE UNIT OF USED DEMAG AC335  ALL TERRAIN CRANE  S/N 37028

PRICE: US 118,000.00 C&F  MUMBAI
( ONE HUNDRED AND EIGHTEEN  THOUSAND  DOLLARS)

TERMS :100% ADVANCE VIA WIRE TRANSFER
$ 58,000 DUE  JULY 31 2023    BALANCE DUE IN 120 DAYS

BANK NAME: WELLS FARGO  BANK
BANK ADDRES : 1720, HWY 6 ,SUGARLAND, TX 77478, USA
NAME ON ACCOUNT: SPEAK2VOICE LLC
ACCOUNT # 1315188696
ABA # 121000248
SWIFT CODE : WFBIUS6S

Buyer acknowledges that no warranty of merchantability or fitness for any particular purpose is expressed or implied in this transaction, that the Seller gives no warranty, expressed or implied, as to description quality, merchantability fitness for any particular purpose, productiveness or any other matter or any item of the property which the Buyer shall receive. The Seller shall in no way be responsible for the proper use and service of the property and the Buyer hereby waives all rights or refusals in return of the property. The property which is the subject of this sale having been made on the express understanding that there is no expressed or implied warranty, the Buyer acknowledges that he is not relying on the Seller or Seller's employees or agent's skill or judgment to select or furnish suitable goods for any particular purpose and that there are no warranties which extend beyond the description on the face hereof. The Buyer shall protect, defend, indemnitY and hold seller and its agents, employees and related companies harmless for any losses, cost expenses (including attorney's fees and court cost) claims (including claims of Buyer's employees), damages, demands, liabilities suits, actions, recoveries and judgments of every nature and description arising out of the handling, transportation, storage, use, resale or disposal of the property after delivery of the property to the Buyer. The buyer shall pay at the time of payment of the purchase price all applicable sales tax. In this event that the Buyer either fails to pay the tax or other charges as agreed above or fails to provide a valid exemption certificate, Buyer shall indemnitY and hold Seller harmless from any liability and expense by reason of such failure. The Buyer shall use the machine according to the manufacture's specification and operation manual following the safety regulations. It is the Buyer's responsibility to obtain the specifications and operations manual from the manufacturer of the machine. The Seller shall not hold any responsibility or liability in case of any accident or any other problem with the product after the sale. PAYMENT OF INVOICE IS BUYER'S ACCEPTANCE ON TIIE STATED TERMS AND CONDmON OF TInS TRANSACTION. This invoice shall serve as a Bill of Sale upon receipt of payment in full invoice value and all negations void in the event of dispute or non-compliance with the terms of the invoice.

_____
SPEAK2VOICE  LLC

Exhibit 3

------------------------ Instance Type and Transmission ------------------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status      : Network Ack
Priority/Delivery : Normal

------------------------ Message Header ------------------------
Swift    : FIN 103 Single Customer Credit Transfer
Sender   : ICICINBBCTS
         ICICI BANK LIMITED
         GLOBAL TRADE SERVICES UNIT-MUMBAI
         INDIA IN
Receiver : ICICHKHHCLR
         ICICI BANK LTD
         CLEARING SERVICES DEPT
         HONG KONG HK
MUR      : 2459366

------------------------ Message Text ------------------------
 20: Sender's Reference
     6235NSMI0078324
23B: Bank Operation Code
     CRED
32A: Value Date/Currency/Interbank Settled Amount
     230801
     Currency:  USD (US Dollar)
     Amount:  38000,00
33B: Currency/Instructed Amount
     Currency:  USD (US Dollar)
     Amount:  38000,00
50K: Ordering Customer
     122705001565
     UNIVERSAL CRANES AND EQUIPMENTS
     ABOVE ICICI BANK 2ND FLR OFFICE
     MUMBAI
     INDIA
57A: Account With Institution
     WFBIUS6SXXX
     WELLS FARGO BANK, N.A.
     UNITED STATES OF AMERICA US
 59: Beneficiary Customer
     1315188696
     SPEAK2VOICE LLC
     16107 KENSINGTON DR VIDE REFERENCE
     137 SUGARLAND TX 77479
     UNITED STATES
 70: Remittance Information
     ADVANCE PAYMENT AGAINST IMPORT
     INV NO 202355

    DTD 28/07/2023
71A: Details of Charges
    OUR

------------------------- Message Trailer -----------------------------------------
MAC: 00000000
CHK: 05274B24E7C2

----------------------Interventions------------------------------------------
Category        : Network Report
Creation Time   :01/08/2023 14:27:00
Application     : SWIFT Interface
Text
{1:F21ICICINBBACTS4810542208}{4:{177:2308011427}{451:0}{108:2459366}}

```
------------------------ Instance Type and Transmission ------------------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status      : Network Ack
Priority/Delivery : Normal

------------------------ Message Header -----------------------------------------
Swift   : FIN 103 Single Customer Credit Transfer
Sender  : ICICINBBCTS
          ICICI BANK LIMITED
          GLOBAL TRADE SERVICES UNIT-MUMBAI
          INDIA IN
Receiver : ICICHKHHCLR
          ICICI BANK LTD
          CLEARING SERVICES DEPT
          HONG KONG HK
MUR     : 2591483

------------------------ Message Text -------------------------------------------
 20: Sender's Reference
      6235NSMI0109824
23B: Bank Operation Code
      CRED
32A: Value Date/Currency/Interbank Settled Amount
      230913
      Currency:  USD (US Dollar)
      Amount:  20000,00
33B: Currency/Instructed Amount
      Currency:  USD (US Dollar)
      Amount:  20000,00
50K: Ordering Customer
      122705001565
      UNIVERSAL CRANES AND EQUIPMENTS
      ABOVE ICICI BANK 2ND FLR,OFFICE,
      MUMBAI
      INDIA
57A: Account With Institution
      WFBIUS6SXXX
      WELLS FARGO BANK, N.A.
      UNITED STATES OF AMERICA US
 59: Beneficiary Customer
      1315188696
      SPEAK2VOICE LLC
      16107 KENSINGTON DR, VIDE REFERENCE
      137, SUGARLAND TX 77479
      UNITED STATES
 70: Remittance Information
      ADVANCE PAYMENT AGAINST IMPORT
71A: Details of Charges
```

OUR

-------------------------- Message Trailer -----------------------------------------
MAC: 00000000
CHK: 7A28DDF68775

-----------------------Interventions-------------------------------------------
Category         : Network Report
Creation Time    :13/09/2023 16:44:00
Application      : SWIFT Interface
Text
{1:F21ICICINBBACTS4855919661}{4:{177:2309131644}{451:0}{108:2591483}}

------------------------ Instance Type and Transmission ------------------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status     : Network Ack
Priority/Delivery : Normal

------------------------ Message Header ------------------------
Swift   : FIN 103 Single Customer Credit Transfer
Sender  : ICICINBBCTS
        ICICI BANK LIMITED
        GLOBAL TRADE SERVICES UNIT-MUMBAI
        INDIA IN
Receiver : ICICHKHHCLR
        ICICI BANK LTD
        CLEARING SERVICES DEPT
        HONG KONG HK
MUR     : 2649896

------------------------ Message Text ------------------------
 20: Sender's Reference
     6235NSMI0126124
23B: Bank Operation Code
     CRED
32A: Value Date/Currency/Interbank Settled Amount
     231003
     Currency:  USD (US Dollar)
     Amount:  30000,00
33B: Currency/Instructed Amount
     Currency:  USD (US Dollar)
     Amount:  30000,00
50K: Ordering Customer
     122705001565
     UNIVERSAL CRANES AND EQUIPMENTS
     ABOVE ICICI BANK 2ND FLR,OFFICE,
     MUMBAI
     INDIA
57A: Account With Institution
     WFBIUS6SXXX
     WELLS FARGO BANK, N.A.
     UNITED STATES OF AMERICA US
 59: Beneficiary Customer
     1315188696
     SPEAK2VOICE LLC
     16107 KENSINGTON DR, VIDE REFERENCE
     137, SUGARLAND TX 77479
     UNITED STATES
 70: Remittance Information
     ADVANCE PAYMENT AGAINST IMPORT
     INV 202355

DATE 28-07-23

71A: Details of Charges

OUR

------------------------- Message Trailer -----------------------------------------

MAC: 00000000

CHK: EA678368B4B4

-----------------------Interventions------------------------------------------

Category         : Network Report

Creation Time    :03/10/2023 22:03:00

Application      : SWIFT Interface

Text

{1:F21ICICINBBACTS4876489151}{4:{177:2310032203}{451:0}{108:2649896}}

------------------------ Instance Type and Transmission ------------------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status       : Network Ack
Priority/Delivery : Normal

------------------------ Message Header ------------------------------------------
Swift   : FIN 103 Single Customer Credit Transfer
Sender  : ICICINBBCTS
        ICICI BANK LIMITED
        GLOBAL TRADE SERVICES UNIT-MUMBAI
        INDIA IN
Receiver : ICICHKHHCLR
        ICICI BANK LTD
        CLEARING SERVICES DEPT
        HONG KONG HK
MUR     : 2459366

------------------------ Message Text ------------------------------------------
 20: Sender's Reference
        6235NSMI0078324
23B: Bank Operation Code
        CRED
32A: Value Date/Currency/Interbank Settled Amount
        230801
        Currency:  USD (US Dollar)
        Amount:  38000,00
33B: Currency/Instructed Amount
        Currency:  USD (US Dollar)
        Amount:  38000,00
50K: Ordering Customer
        122705001565
        UNIVERSAL CRANES AND EQUIPMENTS
        ABOVE ICICI BANK 2ND FLR OFFICE
        MUMBAI
        INDIA
57A: Account With Institution
        WFBIUS6SXXX
        WELLS FARGO BANK, N.A.
        UNITED STATES OF AMERICA US
 59: Beneficiary Customer
        1315188696
        SPEAK2VOICE LLC
        16107 KENSINGTON DR VIDE REFERENCE
        137 SUGARLAND TX 77479
        UNITED STATES
 70: Remittance Information
        ADVANCE PAYMENT AGAINST IMPORT
        INV NO 202355

    DTD 28/07/2023
71A: Details of Charges
    OUR


------------------------- Message Trailer -----------------------------------------
MAC: 00000000
CHK: 05274B24E7C2


----------------------Interventions-------------------------------------------
Category         : Network Report
Creation Time    :01/08/2023 14:27:00
Application      : SWIFT Interface
Text
{1:F21ICICINBBACTS4810542208}{4:{177:2308011427}{451:0}{108:2459366}}

```
------------------------ Instance Type and Transmission ------------------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status      : Network Ack
Priority/Delivery : Normal


------------------------ Message Header ------------------------------------
Swift    : FIN 103 Single Customer Credit Transfer
Sender   : ICICINBBCTS
           ICICI BANK LIMITED
           GLOBAL TRADE SERVICES UNIT-MUMBAI
           INDIA IN
Receiver : ICICHKHHCLR
           ICICI BANK LTD
           CLEARING SERVICES DEPT
           HONG KONG HK
MUR      : 2591483


------------------------ Message Text ------------------------------------
 20: Sender's Reference
     6235NSMI0109824
23B: Bank Operation Code
     CRED
32A: Value Date/Currency/Interbank Settled Amount
     230913
     Currency:  USD (US Dollar)
     Amount:  20000,00
33B: Currency/Instructed Amount
     Currency:  USD (US Dollar)
     Amount:  20000,00
50K: Ordering Customer
     122705001565
     UNIVERSAL CRANES AND EQUIPMENTS
     ABOVE ICICI BANK 2ND FLR,OFFICE,
     MUMBAI
     INDIA
57A: Account With Institution
     WFBIUS6SXXX
     WELLS FARGO BANK, N.A.
     UNITED STATES OF AMERICA US
 59: Beneficiary Customer
     1315188696
     SPEAK2VOICE LLC
     16107 KENSINGTON DR, VIDE REFERENCE
     137, SUGARLAND TX 77479
     UNITED STATES
 70: Remittance Information
     ADVANCE PAYMENT AGAINST IMPORT
71A: Details of Charges
```

OUR

------------------------- Message Trailer -----------------------------------------
MAC: 00000000
CHK: 7A28DDF68775


-----------------------Interventions-------------------------------------------
Category        : Network Report
Creation Time   :13/09/2023 16:44:00
Application     : SWIFT Interface
Text
{1:F21ICICINBBACTS4855919661}{4:{177:2309131644}{451:0}{108:2591483}}

```
------------------------ Instance Type and Transmission ------------------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status     : Network Ack
Priority/Delivery : Normal

------------------------ Message Header ------------------------------------------
Swift    : FIN 103 Single Customer Credit Transfer
Sender   : ICICINBBCTS
           ICICI BANK LIMITED
           GLOBAL TRADE SERVICES UNIT-MUMBAI
           INDIA IN
Receiver : ICICHKHHCLR
           ICICI BANK LTD
           CLEARING SERVICES DEPT
           HONG KONG HK
MUR      : 2649896

------------------------ Message Text ------------------------------------------
 20: Sender's Reference
     6235NSMI0126124
23B: Bank Operation Code
     CRED
32A: Value Date/Currency/Interbank Settled Amount
     231003
     Currency:  USD (US Dollar)
     Amount:  30000,00
33B: Currency/Instructed Amount
     Currency:  USD (US Dollar)
     Amount:  30000,00
50K: Ordering Customer
     122705001565
     UNIVERSAL CRANES AND EQUIPMENTS
     ABOVE ICICI BANK 2ND FLR,OFFICE,
     MUMBAI
     INDIA
57A: Account With Institution
     WFBIUS6SXXX
     WELLS FARGO BANK, N.A.
     UNITED STATES OF AMERICA US
 59: Beneficiary Customer
     1315188696
     SPEAK2VOICE LLC
     16107 KENSINGTON DR, VIDE REFERENCE
     137, SUGARLAND TX 77479
     UNITED STATES
 70: Remittance Information
     ADVANCE PAYMENT AGAINST IMPORT
     INV 202355
```

DATE 28-07-23

71A: Details of Charges

OUR

------------------------- Message Trailer -----------------------------------------

MAC: 00000000

CHK: EA678368B4B4

-----------------------Interventions------------------------------------------

Category          : Network Report

Creation Time    :03/10/2023 22:03:00

Application       : SWIFT Interface

Text

{1:F21ICICINBBACTS4876489151}{4:{177:2310032203}{451:0}{108:2649896}}