# SPEAK2VOICE  LLC

16107 KENSINGTON DR, # 137 , SUGARLAND TX 77479  USA
EMAIL: speak2voicellc@gmail.com  TEL: 832-646-3314

DATE: SEPTEMBER 25  2023
CO:
   UNIVERSAL CRANES AND EQUIPMENTS,
   OFFICE NO.227, NAVVYAPAR BHUVAN, ABOVE ICICI BANK,
   P.D' MELLO ROAD, MASID EAST,
   MUMBAI 400009, MAHARASHTRA INDIA
   TEL: +919820219295

INVOICE #202372

SOLD (PROPERTY):
ONE UNIT OF USED LIEBHERR LTM 1300/1 ALL TERRAIN CRANE  S/N 071067

PRICE: US 403,000.00 C&F  MUMBAI
( FOUR HUNDRED AND THREE  THOUSAND  DOLLARS)

TERMS :100% ADVANCE VIA WIRE TRANSFER

BANK NAME: WELLS FARGO  BANK
BANK ADDRES : 1720,  HWY 6 ,SUGARLAND, TX 77478, USA
NAME ON ACCOUNT: SPEAK2VOICE LLC
ACCOUNT # 1315188696
ABA # 121000248
SWIFT CODE : WFBIUS6S

Buyer acknowledges that no warranty of merchantability or fitness for any particular purpose is expressed or implied in this transaction, that the Seller gives no warranty, expressed or implied, as to description quality, merchantability fitness for any particular purpose, productiveness or any other matter or any item of the property which the Buyer shall receive. The Seller shall in no way be responsible for the proper use and service of the property and the Buyer hereby waives all rights or refusals in return of the property. The property which is the subject of this sale having been made on the express understanding that there is no expressed or implied warranty, the Buyer acknowledges that he is not relying on the Seller or Seller's employees or agent's skill or judgment to select or furnish suitable goods for any particular purpose and that there are no warranties which extend beyond the description on the face hereof. The Buyer shall protect, defend, indemnitY and hold seller and its agents, employees and related companies harmless for any losses, cost expenses (including attorney's fees and court cost) claims (including claims of Buyer's employees), damages, demands, liabilities suits, actions, recoveries and judgments of every nature and description arising out of the handling, transportation, storage, use, resale or disposal of the property after delivery of the property to the Buyer. The buyer shall pay at the time of payment of the purchase price all applicable sales tax. In this event that the Buyer either fails to pay the tax or other charges as agreed above or fails to provide a valid exemption certificate, Buyer shall indemnitY and hold Seller harmless from any liability and expense by reason of such failure. The Buyer shall use the machine according to the manufacture's specification and operation manual following the safety regulations. It is the Buyer's responsibility to obtain the specifications and operations manual from the manufacturer of the machine. The Seller shall not hold any responsibility or liability in case of any accident or any other problem with the product after the sale. PAYMENT OF INVOICE IS BUYER'S ACCEPTANCE ON TIIE STATED TERMS AND CONDmON OF TInS TRANSACTION. This invoice shall serve as a Bill of Sale upon receipt of payment in full invoice value and all negations void in the event of dispute or non-compliance with the terms of the invoice.

_____
SPEAK2VOICE  LLC

Exhibit 4