# SPEAK2VOICE  LLC

## 16107 KENSINGTON DR, # 112 , SUGARLAND, TX 77479,  USA

DATE: OCTOBER 13,2023                                            INVOICE # 202376

CO:
    UNIVERSAL CRANES & EQUIPMENTS,
    OFFICE NO 227, NAVVYAPAR BHUVAN,
    P.D'MELLO ROAD, MASJID BUNDER,
    MUMBAI – 400009, MAHARASHTRA, INDIA.

SOLD (PROPERTY):
ONE UNIT OF USED GROVE GMK 5120B ALL TERRAIN MOBILE CRANE WITH STANDARD ACCESSORIES.
SERIAL NUMBER # 51009232

PRICE: US 175,000.00 C&F MUMBAI
(ONE LAKH AND SEVENTY FIVE THOUSAND DOLLARS)

TERMS : 100% ADVANCE VIA WIRE TRANSFER
REQUIRED US 175,000.00 BY 17TH OCT,2023.


BANK NAME: WELLS FARGO BANK
BANK ADDREES: 1720, HWY 6 , SUGARLAND, TX 77478, USA.
NAME OF ACCOUNT: SPEAK2VOICE LLC
ACCOUNT # 1315188696
ABA # 121000248
SWIFT CODE: WFBIUS6S


Buyer acknowledges that no warranty of merchantability or fitness for any particular purpose is expressed or implied in this transaction, that the Seller gives no warranty, expressed or implied, as to description quality, merchantability fitness for any particular purpose, productiveness or any other matter or any item of the property which the Buyer shall receive. The Seller shall in no way be responsible for the proper use and service of the property and the Buyer hereby waives  all rights or refusals in return of the property. The property which is the subject of this safe having been made on the express understanding  that there is no expressed or implied warranty,  the Buyer acknowledges that he is not relying on the Seller or Seller's employees or agent's skill or judgment to select or furnish suitable  goods for any particular  purpose and that there are no warranties  which extend beyond the description  on the face hereof. The Buyer  shall protect, defend, indemnitY and hold seller and its agents, employees and related companies harmless for any losses, cost expenses (including attorney's fees and  court cost) claims (including claims of Buyer's employees), damages, demands, liabilities suits, actions, recoveries and judgments of every nature and description
arising out of the handling, transportation, storage, use, resale or disposal of the property after delivery of the property to the Buyer. The buyer shall pay at the time of payment of  the purchase  price all applicable sales  tax. In this event that  the Buyer  either  fails to pay  the tax or other  charges as agreed above or fails to providea valid exemption certificate,  Buyer  shall indemnitY  and hold Seller harmless from any liability and expense  by reason of such failure. The Buyer shall use the machine according  to the manufacture's  specification  and operation manual following  the safety regulations.  It is the Buyer's responsibility to obtain the specifications and operations manual from  the manufacturer  of the machine.  The Seller shall not hold any responsibility or liability  in case of any accident  or any other problem with the product after the sale. PAYMENT OF INVOICE IS BUYER'S ACCEPTANCE ON TIIE STATED TERMS AND CONDmON OF TInS
TRANSACTION, This invoice shall serve as a Bill of Sale upon receipt of payment in full invoice value and all negations void in the event of dispute or non-compliance with tne terms of the invoice.

_____
SPEAK2VOICE  LLC

Exhibit 5

------------------------ Instance Type and Transmission ------------------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status      : Network Ack
Priority/Delivery : Normal

------------------------ Message Header ------------------------
Swift   : FIN 103 Single Customer Credit Transfer
Sender  : ICICINBBCTS
    ICICI BANK LIMITED
    GLOBAL TRADE SERVICES UNIT-MUMBAI
    INDIA IN
Receiver : ICICHKHHCLR
    ICICI BANK LTD
    CLEARING SERVICES DEPT
    HONG KONG HK
MUR     : 2689544

------------------------ Message Text ------------------------
20: Sender's Reference
    6235NSMI0134124
23B: Bank Operation Code
    CRED
32A: Value Date/Currency/Interbank Settled Amount
    231016
    Currency:  USD (US Dollar)
    Amount:  175000,00
33B: Currency/Instructed Amount
    Currency:  USD (US Dollar)
    Amount:  175000,00
50K: Ordering Customer
    122705001565
    UNIVERSAL CRANES AND EQUIPMENTS
    ABOVE ICICI BANK 2ND FLR,OFFICE,
    MUMBAI
    INDIA
57A: Account With Institution
    WFBIUS6SXXX
    WELLS FARGO BANK, N.A.
    UNITED STATES OF AMERICA US
59: Beneficiary Customer
    1315188696
    SPEAK2VOICE LLC
    16107 KENSINGTON DR, VIDE REFERENCE
    137  SUGARLAND TX 77479
    UNITED STATES
70: Remittance Information
    ADVACNE PAYMENT AGAINST IMPORT
    INV NO 202376

DTD 13.10 .2023

71A: Details of Charges
 OUR

------------------------- Message Trailer -----------------------------------------

MAC: 00000000

CHK: 4AACBCA65524

-----------------------Interventions------------------------------------------

Category : Network Report
Creation Time :16/10/2023 18:37:00
Application : SWIFT Interface
Text
{1:F21ICICINBBACTS4889897555}{4:{177:2310161837}{451:0}{108:2689544}}