# SPEAK2VOICE LLC

16107 KENSINGTON DR, # 112 , SUGARLAND TX 77479  USA
Email : speak2voicellc@gmail.com   Tel : 832-646-3314

DATE: FEBUARY 21   2023                                                                INVOICE #202312
CO:
    QUALITY CRANES AND EQUIPMENT.
    2-A LAXMI BHUVAN, 161 P.D.MELLO ROAD,
    CARNAC BUNDER, MUMBAI 400001, MAHARASHTRA INDIA
    TEL: +919820193040

SOLD (PROPERTY):
 ONE UNIT OF USED GROVE GMK 5120B ALL TERRAIN CRANE S/N 51009521

PRICE: US 135,000.00 C&F MUMBAI
( ONE  HUNDRED AND THIRTY FIVE  THOUSAND  DOLLARS)

TERMS :100% ADVANCE VIA WIRE TRANSFER
$ 115,000 DUE UPON RECIPT OF THE INVOICE AND BALANCE $ 20,000 DUE IN 75 DAYS

BANK NAME: WELLS FARGO   BANK
BANK ADDRES : 1720, HWY 6,  SUGARLAND, TX 77478, USA
NAME ON ACCOUNT: SPEAK2VOICE LLC
ACCOUNT # 1315188696
ABA # 121000248
SWIFT CODE : WFBIUS6S

Buyer acknowledges that no warranty of merchantability or fitness for any particular purpose is expressed or implied in this transaction, that the Seller gives no warranty, expressed or implied, as to description quality, merchantability fitness for any particular purpose, productiveness or any other matter or any item of the property which the Buyer shall receive. The Seller shall in no way be responsible for the proper use and service of the property and the Buyer hereby waives all rights or refusals in return of the property. The property which is the subject of this sale having been made on the express understanding that there is no expressed or implied warranty, the Buyer acknowledges that he is not relying on the Seller or Seller's employees or agent's skill or judgment to select or furnish suitable goods for any particular purpose and that there are no warranties which extend beyond the description on the face hereof. The Buyer shall protect, defend, indemnitY and hold seller and its agents, employees and related companies harmless for any losses, cost expenses (including attorney's fees and court cost) claims (including claims of Buyer's employees), damages, demands, liabilities suits, actions, recoveries and judgments of every nature and description arising out of the handling, transportation, storage, use, resale or disposal of the property after delivery of the property to the Buyer. The buyer shall pay at the time of payment of the purchase price all applicable sales tax. In this event that the Buyer either fails to pay the tax or other charges as agreed above or fails to provide a valid exemption certificate, Buyer shall indemnitY and hold Seller harmless from any liability and expense by reason of such failure. The Buyer shall use the machine according to the manufacture's specification and operation manual following the safety regulations. It is the Buyer's responsibility to obtain the specifications and operations manual from the manufacturer of the machine. The Seller shall not hold any responsibility or liability in case of any accident or any other problem with the product after the sale. PAYMENT OF INVOICE IS BUYER'S ACCEPTANCE ON TIIE STATED TERMS AND CONDmON OF TInS TRANSACTION. This invoice shall serve as a Bill of Sale upon receipt of payment in full invoice value and all negations void in the event of dispute or non-compliance with the terms of the invoice.

_____
SPEAK2VOICE  LLC

Exhibit 6

------------------------- Instance Type and Transmission ------------------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status      : Network Ack
Priority/Delivery : Normal

------------------------- Message Header ----------------------------------------
Swift   : FIN 103 Single Customer Credit Transfer
Sender  : ICICINBBCTS
        ICICI BANK LIMITED
        GLOBAL TRADE SERVICES UNIT-MUMBAI
        INDIA IN
Receiver : ICICHKHHCLR
        ICICI BANK LTD
        CLEARING SERVICES DEPT
        HONG KONG HK
MUR     : 1998789

------------------------- Message Text ------------------------------------------
 20: Sender's Reference
        6235NSMI0187323
23B: Bank Operation Code
        CRED
32A: Value Date/Currency/Interbank Settled Amount
        230223
        Currency:  USD (US Dollar)
        Amount:  115000,00
33B: Currency/Instructed Amount
        Currency:  USD (US Dollar)
        Amount:  115000,00
50K: Ordering Customer
        122705000856
        QUALITY CRANES AND EQUIPMENT
        2 A LAXMI BHUVAN 161 P D MELLO ROAD
        MUMBAI
        INDIA
57A: Account With Institution
        WFBIUS6SXXX
        WELLS FARGO BANK, N.A.
        UNITED STATES OF AMERICA US
 59: Beneficiary Customer
        1315188696
        SPEAK2VOICE LLC
        16107 KENSINGTON DR
        112 SUGARLAND TX 77479
        UNITED STATES
 70: Remittance Information
        ADVANCE PAYMENT AGAINST IMPORT
        INV NO 202312

```
        INV DT 21/02/2023
71A: Details of Charges
        OUR


------------------------- Message Trailer ----------------------------------------
MAC: 00000000
CHK: 23B6083C16CA


----------------------Interventions------------------------------------------
Category          : Network Report
Creation Time    :23/02/2023 17:46:00
Application       : SWIFT Interface
Text
{1:F21ICICINBBACTS4624486902}{4:{177:2302231746}{451:0}{108:1998789}}
```