IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNIVERSAL CRANES & EQUIPMENTS, AND QUALITY CRANES & EQUIPMENTS, <br><br> *Plaintiffs,* <br><br> v. <br><br> SPEAK2VOICE, LLC AND RAHIM RAJWANI <br><br> *Defendants.* | § § § § § § § § § § § § CIVIL ACTION NO. _____ |

**DECLARATION**

This Declaration is made pursuant to Tex. Civ. Prac. & Rem. Code § 132.001 and 28 U.S.C. Sec. 1746. My name is Manan Parekh, my date of birth is 31st August 1989, and my address is Office no 227, Nav Vyapar Bhuvan building, P. D'mello Road, Masjid east, Mumbai 400009, Maharashtra, India.

1. I am an owner/partner in both Universal Cranes & Equipments ("UC") and Quality Cranes & Equipments ("QC"), located in Mumbai, India. I have under my supervision, care, custody, and control records concerning the account of Speak2Voice, LLC ("Speak2Voice").

2. The claimed payment amounts, represented by the purchase orders and payment receipts attached to the Original Verified Complaint in the above-referenced case, are within my knowledge, just and true, and are due by Defendants Speak2Voice and Rahim Rajwani, and all just and lawful offsets, payments, and credits to this account have been allowed.

3. The account records of Universal Cranes show a total principal balance of $598,000 USD. The account records of Quality Cranes show a total principal balance of $115,000 USD. Accordingly, a total due and owing balance of $713,000, exclusive of interest, is due and payable by Defendants, and demand for this amount was made on August 16, 2024, more than 30 days ago.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Mumbai, India on this 10th day of February, 2025.

*[Signature: M.M. Parekh]*

Manan Parekh – Declarant

Scanned by TapScanner

Exhibit 7