## Electronic Delivery Confirmation™



Gregor Wynne Arney PLLC
4265 SAN FELIPE ST STE 700
HOUSTON TX 77027-2926

**$7.16    US POSTAGE**
FIRST-CLASS
Aug 17 2024
Mailed from ZIP 77027
4 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 1
11923275



stamps
endicia

062S0010937442

**USPS CERTIFIED MAIL**

**9407 1118 9876 5485 6768 51**

SPEAK2VOICE, LLC
Rahim Rajwani and Zohra Rajwani
16107 KENSINGTON DR
NO 112
SUGAR LAND TX 77479-4224

| Reference | |
|---|---|
| USPS # | 9407111898765485676851 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 12:26 pm on August 31, 2024 in SUGAR LAND, TX 77479. |
| USPS History | Out for Delivery, 08/31/2024, 10:05 am, SUGAR LAND, TX 77479 |
| | USPS picked up item, August 31, 2024, 10:05 am, SUGAR LAND, TX 77479 |
| | In Transit to Next Facility, 08/30/2024 |
| | In Transit to Next Facility, 08/29/2024 |
| | Arrived at USPS Regional Destination Facility, 08/28/2024, 11:54 pm, NORTH HOUSTON TX DISTRIBUTION CENTER |
| | In Transit to Next Facility, 08/24/2024 |
| | In Transit to Next Facility, 08/23/2024 |
| | In Transit to Next Facility, 08/22/2024 |
| | In Transit to Next Facility, 08/21/2024 |
| | Arrived at USPS Regional Origin Facility, 08/20/2024, 10:41 pm, LAFAYETTE LA DISTRIBUTION CENTER |
| | In Transit to Next Facility, 08/20/2024 |
| | Arrived at USPS Regional Origin Facility, 08/19/2024, 11:28 pm, BATON ROUGE LA PROCESSING CENTER |
| | In Transit to Next Facility, 08/19/2024 |
| | Arrived at USPS Regional Origin Facility, 08/18/2024, 2:50 am, LAFAYETTE LA DISTRIBUTION CENTER |
| | Arrived at USPS Regional Origin Facility, 08/17/2024, 3:53 pm, BATON |

**Electronic Delivery Confirmation Report © 2024 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com. USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2024** Certified Mail Envelopes, Inc. www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 09/01/2024 18:06:18 (UTC)**

Exhibit 8

ROUGE EAI PROCESSING CENTER

Shipping Label Created, USPS Awaiting Item, 08/16/2024, 11:19 am, HOUSTON, TX 77027

**Electronic Delivery Confirmation Report © 2024 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2024** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 09/01/2024 18:06:18 (UTC)**

# GREGOR | WYNNE | ARNEY, PLLC

STACY W. BEASLEY
DIRECT LINE: (832) 390-2644
E-MAIL: SBEASLEY@GWAFIRM.COM

August 16, 2024

Rahim Rajwani
Zohra Rajwani                              *Via* Certified Mail
SPEAK2VOICE, LLC                          *Via* Regular Mail
16107 Kensington Dr., No. 112             *Via* Email at speak2voicellc@gmail.com
Sugar Land, TX 77479

> **Re:**  **Demand for Payment Due and Owing to Universal Cranes & Equipments and Quality Cranes**

Dear Mr. Rajwani,

This firm represents Universal Cranes & Equipments ("Universal Cranes") and Quality Cranes and Equipments ("Quality Cranes"), collectively "Clients," in recovering payments made to Speak2Voice and Rahim Rajwani, collectively, "you," for the purchase and shipment of industrial cranes that you failed to ship.  Please address all future communications regarding this matter to my attention.

Since 2018, our Clients have purchased cranes from you, in which the business relationship consisted of the following:  You would locate cranes per our Client's specification and desires, you and our Clients would negotiate a price, and you would provide our Clients with an invoice for a specific crane, listing the total price and specific serial number of the crane.  Our clients would make a significant partial advance payment to you via wire transfer, and once the crane was shipped from the U.S. to Mumbai, our Clients would remit the balance of the purchase price.  All of the cranes were shipped C&F, rendering you, the seller, responsible for the cost of goods and freight until the crane arrived in Mumbai port. Once the cranes were in Mumbai port, our Clients were responsible for the local costs to obtain the release and take possession of the cranes. Although you were often late in shipping the cranes and you often asked our Clients to approve a substituted alternate crane, you would eventually ship the ordered cranes or approved alternate cranes.

This previous course of dealing, however, came to a halt when our Clients placed several crane orders from December 2022 to October 2023. The details on these purchased, but un-shipped and un-delivered cranes are set forth below:

### A. **Universal Cranes Purchases**

1. **Grove GMK 6300B ("Crane No. 1")** – Invoice Dated December 11, 2022; Total Price - $275,000, S/N: 62508019. *See* purchase order, attached as <u>Ex. 1</u>.

Universal Cranes paid a total of $250,000 for Crane No. 1. *See* attached Swift receipts for $120,000, on Dec. 13, 2022, and for $130,000 on Dec. 16, 2022, attached as <u>Ex. 1-A</u>. The balance was to be paid once the crane shipped. However, you never shipped the crane.

You informed Universal Cranes there was an accident while bringing Crane No. 1 to the U.S. port, and the crane was damaged and unsalvageable. We hereby request that you provide us with all documentation supporting this contention.

Regardless of whether the accident occurred, because the crane was to be shipped C&F, you had full responsibility to reimburse the amounts paid towards Crane No. 1 or to find an acceptable replacement crane. You did neither.

The amount of <u>$250,000</u> is due and owing to Universal Cranes for your failure to either ship the crane or reimburse Universal Cranes the amount paid for Crane No. 1.

2. **Liebherr LTM 1120 ("Crane No. 2")** - Invoice dated June 27, 2023; Total Price $125,000, S/N 0023726. *See* Purchase Order, attached as <u>Ex. 2</u>.

Universal Cranes paid a total of $85,000 towards the purpose of Crane No. 2. *See* Swift receipt for $85,000 paid on June 28, 2023 attached as <u>Ex. 2-A</u>. The balance was to be paid once the crane shipped. Despite continued excuses for the delay and promises to ship, you failed to ship the crane. On information and belief, you never intended to ship Crane No. 2 and engaged in fraud by promising shipment when you (i) failed to procure the crane you promised; or (ii) procured the crane and sold it to someone else.

The amount of <u>$85,000</u> is due and owing to Universal Cranes for your failure to either ship the crane or to reimburse Universal Cranes the amount paid for Crane No. 2.

3. **DEMAG AC335 (Crane No. 3")** - Invoice dated July 28, 2023; Total Price $118,000, S/N 37028. *See* Purchase Order, attached as <u>Ex. 3</u>.

Universal Cranes paid a total of $88,000 towards the purchase of Crane No. 3. *See* Swift receipts for $38,000 on August 1, 2023; $20,000 on September 13, 2023; and $30,000 on October 3, 2023, attached at <u>Ex. 3-A</u>. The balance was to be paid once the crane shipped. Despite continued excuses for the delay and promises to ship the crane, you failed to ship the crane. On information and belief, you never intended to ship Crane No. 3 and engaged in fraud by promising shipment when you (i) failed to procure the crane you promised; or (ii) procured the crane and sold it to someone else.

The amount of <u>$88,000</u> is due and owing to Universal Cranes for your failure to either ship the crane or to reimburse Universal Cranes the amount paid for Crane No. 3.

4. **Liebherr LTM 1300 ("Crane No. 4")** - Invoice dated Sept. 25, 2023; Total Price $403,000, S/N 071067. *See* Purchase Order, attached as <u>Ex. 4</u>.

You promised Crane No. 4 to Universal Cranes, claiming that there were issues getting Cranes 2 and 3 to the U.S. port.  You promised to deliver Crane No. 4 in lieu of Cranes 2 and 3, and to adjust the balance on Crane No. 4 by the amount already paid for Cranes 2 and 3.

The balance was to be paid once the crane shipped. Despite continued excuses for the delay and promises to ship the crane, you failed to ship the crane. On information and belief, you never intended to ship Crane No. 4 and engaged in fraud by promising shipment when you either (i) failed to procure the crane you promised; or (ii) procured the crane and sold it to someone else.

You failed to fulfill your promise to ship Crane No. 4 (in lieu of Cranes 2 and 3).

5. **GROVE GMK 5120B ("Crane No. 5")** - Invoice dated Oct. 13, 2023; Total Price $175,000; S/N 51009232.  *See* Purchase Order, attached at <u>Ex. 5</u>.

Universal Cranes made payment for $175,000, paying this crane in full.  *See* Swift receipt dated October 16, 2023, attached as <u>Ex. 5-A</u>. Despite continued excuses for the delay and promises to ship the crane, you failed to ship the crane. On information and belief, you never intended to ship Crane No. 5 and engaged in fraud by promising shipment when you (i) failed to procure the crane you promised; or (ii) procured the crane and sold it to someone else.

The amount of <u>$175,000</u> is due and owing to Universal Cranes for Your failure to either ship the crane or reimburse Universal Cranes the amount paid for Crane No. 5.

Universal Cranes paid you a total of $598,000 for cranes that you agreed and promised to ship to Mumbai. To date, these cranes have not been shipped and You have not reimbursed the payments made for these undelivered cranes.

B. **Quality Cranes Purchase:**

**Grove GMK 5120B ("QC Crane")** - Invoice dated Feb. 21, 2023; Total Price $ 135,000, S/N 51009521. *See* Purchase Order, attached at <u>Ex. 6</u>.

Quality Cranes paid $115,000 towards QC Crane on February 23, 2023. *See* Swift receipt attached as <u>Ex. 6-A</u>. The balance was to be paid once the crane shipped.  Despite continued excuses for the delay and promises to ship, you failed to ship the crane. On information and belief, you never intended to ship QC Crane and engaged in fraud by promising shipment when you (i) failed to procure the crane you promised; or (ii) procured the crane and sold it to someone else.

Accordingly, the due and owing principal amount to Universal Cranes is $598,000 USD and the total due and owing principal amount to Quality Cranes is $115,000, totaling **$713,000 USD**.  Interest has been accruing on this amount since it was paid.

### C.  **Demand**

Our Clients hereby demand immediate payment of **$713,000 USD,** due and owing to Universal Cranes and Quality Cranes ($598,000 owed to Universal Cranes and $115,000 owed to Quality Cranes) for the cranes you sold but refused to ship. If payment of the demand amount is not made by <u>Monday, September 16, 2024</u>, our Clients will file a lawsuit against you for, among other claims, suit on a sworn account, breach of contract, breach of duty of good faith and fair dealing, fraudulent misrepresentation, and violations under the Texas Deceptive Trade Practices Act, which allows for the recovery of treble damages. Further, Pursuant to Tex. Civ. Prac. & Rem. Code Ch. 38, our Clients will seek reimbursement of their reasonable and necessary attorneys' fees incurred in this matter and will seek to recover any due and owing interest in addition to the principal due and owing amount.

Feel free to contact me to discuss this matter.

Sincerely,

*/s/ Stacy Beasley*

Stacy W. Beasley

cc:    Thomas M. Gregor – via email (internal)

# SPEAK2VOICE  LLC

16107 KENSINGTON DR, # 137 , SUGARLAND TX 77479  USA
EMAIL: speak2voicellc@gmail.com  TEL: 832-646-3314

DATE: DECEMBER 11  2022                                     INVOICE #202285
CO:
    UNIVERSAL CRANES AND EQUIPMENTS,
    OFFICE NO.227, NAVVYAPAR BHUVAN, ABOVE ICICI BANK,
    P.D' MELLO ROAD, MASID EAST,
    MUMBAI 400009, MAHARASHTRA INDIA
    TEL: +919820219295

SOLD (PROPERTY):
ONE UNIT OF USED GROVE GMK 6300B  ALL TERRAIN CRANE S/N 62508019

PRICE: US 275,000.00 C&F  MUMBAI
( TWO HUNDRED AND SEVENTY FIVE  THOUSAND  DOLLARS)

TERMS :100% ADVANCE VIA WIRE TRANSFER
$ 250,000 DUE NOW  BALANCE $ 25.000 DUE IN 75 DAYS

BANK NAME: WELLS FARGO  BANK
BANK ADDRES : 1720,  HWY 6 ,SUGARLAND, TX 77478, USA
NAME ON ACCOUNT: SPEAK2VOICE LLC
ACCOUNT # 1315188696
ABA # 121000248
SWIFT CODE : WFBIUS6S

Buyer acknowledges that no warranty of merchantability or fitness for any particular purpose is expressed or implied in this transaction, that the Seller gives no warranty, expressed or implied, as to description quality, merchantability fitness for any particular purpose, productiveness or any other matter or any item of the property which the Buyer shall receive. The Seller shall in no way be responsible for the proper use and service of the property and the Buyer hereby waives all rights or refusals in return of the property. The property which is the subject of this sale having been made on the express understanding that there is no expressed or implied warranty, the Buyer acknowledges that he is not relying on the Seller or Seller's employees or agent's skill or judgment to select or furnish suitable goods for any particular purpose and that there are no warranties which extend beyond the description on the face hereof. The Buyer shall protect, defend, indemnitY and hold seller and its agents, employees and related companies harmless for any losses, cost expenses (including attorney's fees and court cost) claims (including claims of Buyer's employees), damages, demands, liabilities suits, actions, recoveries and judgments of every nature and description arising out of the handling, transportation, storage, use, resale or disposal of the property after delivery of the property to the Buyer. The buyer shall pay at the time of payment of the purchase price all applicable sales tax. In this event that the Buyer either fails to pay the tax or other charges as agreed above or fails to provide a valid exemption certificate, Buyer shall indemnitY and hold Seller harmless from any liability and expense by reason of such failure. The Buyer shall use the machine according to the manufacture's specification and operation manual following the safety regulations. It is the Buyer's responsibility to obtain the specifications and operations manual from the manufacturer of the machine. The Seller shall not hold any responsibility or liability in case of any accident or any other problem with the product after the sale. PAYMENT OF INVOICE IS BUYER'S ACCEPTANCE ON TIlE STATED TERMS AND CONDmON OF TIlS TRANSACTION. This invoice shall serve as a Bill of Sale upon receipt of payment in full invoice value and all negations void in the event of dispute or non-compliance with the terms of the invoice.

SPEAK2VOICE  LLC

Exhibit 1

```
------------------------ Instance Type and Transmission ------------------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status      : Network Ack
Priority/Delivery : Normal


------------------------ Message Header -----------------------------------------
Swift   : FIN 103 Single Customer Credit Transfer
Sender  : ICICINBBCTS
        ICICI BANK LIMITED
        GLOBAL TRADE SERVICES UNIT-MUMBAI
        INDIA IN
Receiver : ICICHKHHCLR
        ICICI BANK LTD
        CLEARING SERVICES DEPT
        HONG KONG HK
MUR     : 1810355


------------------------ Message Text ------------------------------------------
 20: Sender's Reference
        6235NSMI0144923
23B: Bank Operation Code
        CRED
32A: Value Date/Currency/Interbank Settled Amount
        221213
        Currency:  USD (US Dollar)
        Amount:  120000,00
33B: Currency/Instructed Amount
        Currency:  USD (US Dollar)
        Amount:  120000,00
50K: Ordering Customer
        122705001565
        UNIVERSAL CRANES AND EQUIPMENTS
        ABOVE ICICI BANK 2ND FLR,OFFICE,
        MUMBAI
        INDIA
57A: Account With Institution
        WFBIUS6S
        WELLS FARGO BANK, N.A.
        UNITED STATES OF AMERICA US
 59: Beneficiary Customer
        1315188696
        SPEAK2VOICE LLC
        16107 KENSINGTON DR, VIDE REFERENCE
        UNITED STATES
        UNITED STATES
 70: Remittance Information
        ADVANCE PAYMENT AGAINST IMPORT
71A: Details of Charges
```

Exhibit 1-A

OUR

------------------------ Message Trailer -----------------------------------

MAC: 00000000

CHK: C87D29C10BAA


----------------------Interventions-------------------------------------------

Category        : Network Report

Creation Time   :13/12/2022 23:11:00

Application     : SWIFT Interface

Text

{1:F21ICICINBBACTS4548204510}{4:{177:2212132311}{451:0}{108:1810355}}

------------------------- Instance Type and Transmission -------------------------

Notification (Transmission) of Original sent to SWIFT (ACK)

Network Delivery Status    : Network Ack

Priority/Delivery : Normal


------------------------- Message Header -------------------------------------

Swift   : FIN 103 Single Customer Credit Transfer

Sender  : ICICINBBCTS

     ICICI BANK LIMITED

     GLOBAL TRADE SERVICES UNIT-MUMBAI

     INDIA IN

Receiver : ICICHKHHCLR

     ICICI BANK LTD

     CLEARING SERVICES DEPT

     HONG KONG HK

MUR    : 1818909


------------------------- Message Text -------------------------------------

20: Sender's Reference

     6235NSMI0146423

23B: Bank Operation Code

     CRED

32A: Value Date/Currency/Interbank Settled Amount

     221216

     Currency:  USD (US Dollar)

     Amount:  130000,00

33B: Currency/Instructed Amount

     Currency:  USD (US Dollar)

     Amount:  130000,00

50K: Ordering Customer

     122705001565

     UNIVERSAL CRANES AND EQUIPMENTS

     ABOVE ICICI BANK 2ND FLR,OFFICE,

     MUMBAI

     INDIA

57A: Account With Institution

     WFBIUS6SXXX

     WELLS FARGO BANK, N.A.

     UNITED STATES OF AMERICA US

59: Beneficiary Customer

     1315188696

     SPEAK2VOICE LLC

     16107 KENSINGTON DR,

     VIDE REFERENCE

     UNITED STATES

70: Remittance Information

     ADVANCE PAYMENT AGAINST IMPORT

     INV 202285

   11 12 2022
71A: Details of Charges
   OUR


------------------------- Message Trailer ------------------------------------
MAC: 00000000
CHK: 1F103F262DB5


----------------------Interventions-----------------------------------------
Category        : Network Report
Creation Time   :16/12/2022 13:29:00
Application      : SWIFT Interface
Text
{1:F21ICICINBBACTS4551348604}{4:{177:2212161329}{451:0}{108:1818909}}

# SPEAK2VOICE  LLC

16107 KENSINGTON DR, # 137 , SUGARLAND TX 77479  USA
EMAIL: speak2voicellc@gmail.com  TEL: 832-646-3314

DATE: JUNE  27  2023                                                              INVOICE #202347
CO:
    UNIVERSAL CRANES AND EQUIPMENTS,
    OFFICE NO.227, NAVVYAPAR BHUVAN, ABOVE ICICI BANK,
    P.D' MELLO ROAD, MASID EAST,
    MUMBAI 400009, MAHARASHTRA INDIA
    TEL: +919820219295

SOLD (PROPERTY):
ONE UNIT OF USED LEIBHERR LTM 1120/1  ALL TERRAIN CRANE  S/N 0023726

PRICE: US 125,000.00 C&F  MUMBAI
( ONE HUNDRED AND TWENTY FIVE   THOUSAND  DOLLARS)

TERMS :100% ADVANCE VIA WIRE TRANSFER
$ 85,000 DUE JUNE 28  2023  AND BALANCE $ 40,000 DUE  IN 75 DAYS

BANK NAME: WELLS FARGO  BANK
BANK ADDRES : 1720,  HWY 6 ,SUGARLAND, TX 77478, USA
NAME ON ACCOUNT: SPEAK2VOICE LLC
ACCOUNT # 1315188696
ABA # 121000248
SWIFT CODE: WFBIUS6S

Buyer acknowledges that no warranty of merchantability or fitness for any particular purpose is expressed or implied in this transaction, that the Seller gives no warranty, expressed or implied, as to description quality, merchantability fitness for any particular purpose, productiveness or any other matter or any item of the property which the Buyer shall receive. The Seller shall in no way be responsible for the proper use and service of the property and the Buyer hereby waives all rights or refusals in return of the property. The property which is the subject of this sale having been made on the express understanding that there is no expressed or implied warranty, the Buyer acknowledges that he is not relying on the Seller or Seller's employees or agent's skill or judgment to select or furnish suitable goods for any particular purpose and that there are no warranties which extend beyond the description on the face hereof. The Buyer shall protect, defend, indemnitY and hold seller and its agents, employees and related companies harmless for any losses, cost expenses (including attorney's fees and court cost) claims (including claims of Buyer's employees), damages, demands, liabilities suits, actions, recoveries and judgments of every nature and description arising out of the handling, transportation, storage, use, resale or disposal of the property after delivery of the property to the Buyer. The buyer shall pay at the time of payment of the purchase price all applicable sales tax. In this event that the Buyer either fails to pay the tax or other charges as agreed above or fails to provide a valid exemption certificate, Buyer shall indemnitY and hold Seller harmless from any liability and expense by reason of such failure. The Buyer shall use the machine according to the manufacture's specification and operation manual following the safety regulations. It is the Buyer's responsibility to obtain the specifications and operations manual from the manufacturer of the machine. The Seller shall not hold any responsibility or liability in case of any accident or any other problem with the product after the sale. PAYMENT OF INVOICE IS BUYER'S ACCEPTANCE ON TIIE STATED TERMS AND CONDmON OF TInS TRANSACTION. This invoice shall serve as a Bill of Sale upon receipt of payment in full invoice value and all negations void in the event of dispute or non-compliance with the terms of the invoice.

SPEAK2VOICE  LLC

Exhibit 2

------------------------- Instance Type and Transmission -------------------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status      : Network Ack
Priority/Delivery : Normal


------------------------- Message Header -------------------------------------
Swift    : FIN 103 Single Customer Credit Transfer
Sender   : ICICINBBCTS
        ICICI BANK LIMITED
        GLOBAL TRADE SERVICES UNIT-MUMBAI
        INDIA IN
Receiver : ICICHKHHCLR
        ICICI BANK LTD
        CLEARING SERVICES DEPT
        HONG KONG HK
MUR     : 2360386


------------------------- Message Text -------------------------------------
 20: Sender's Reference
        6235NSMI0056424
23B: Bank Operation Code
        CRED
32A: Value Date/Currency/Interbank Settled Amount
        230628
        Currency:  USD (US Dollar)
        Amount:  85000,00
33B: Currency/Instructed Amount
        Currency:  USD (US Dollar)
        Amount:  85000,00
50K: Ordering Customer
        122705001565
        UNIVERSAL CRANES AND EQUIPMENTS
        ABOVE ICICI BANK 2ND FLR OFFICE
        MUMBAI
        INDIA
57A: Account With Institution
        WFBIUS6SXXX
        WELLS FARGO BANK, N.A.
        UNITED STATES OF AMERICA US
 59: Beneficiary Customer
        1315188696
        SPEAK2VOICE LLC
        16107 KENSINGTON DR 137 SUGARLAND
        TX 77479
        UNITED STATES
 70: Remittance Information
        ADVANCE PAYMENT AGAINST IMPORT
        INV NO 202347

Exhibit 2-A

     INV DT 27/06/2023

71A: Details of Charges

     OUR


------------------------- Message Trailer ------------------------------------------

MAC: 00000000

CHK: 5DEA8FF49936


----------------------Interventions-----------------------------------------

Category        : Network Report

Creation Time   :28/06/2023 22:43:00

Application     : SWIFT Interface

Text

{1:F21ICICINBBACTS4771317013}{4:{177:2306282243}{451:0}{108:2360386}}

# SPEAK2VOICE  LLC

### 16107 KENSINGTON DR, # 137 , SUGARLAND TX 77479  USA
EMAIL: speak2voicellc@gmail.com  TEL: 832-646-3314

DATE: JULY  28  2023                                                                INVOICE #202355
CO:
    UNIVERSAL CRANES AND EQUIPMENTS,
    OFFICE NO.227, NAVVYAPAR BHUVAN, ABOVE ICICI BANK,
    P.D' MELLO ROAD, MASID EAST,
    MUMBAI 400009, MAHARASHTRA INDIA
    TEL: +919820219295

SOLD (PROPERTY):
ONE UNIT OF USED DEMAG AC335  ALL TERRAIN CRANE  S/N 37028

PRICE: US 118,000.00 C&F  MUMBAI
( ONE HUNDRED AND EIGHTEEN  THOUSAND  DOLLARS)

TERMS :100% ADVANCE VIA WIRE TRANSFER
 $ 58,000 DUE  JULY 31 2023    BALANCE DUE IN 120 DAYS

BANK NAME: WELLS FARGO  BANK
BANK ADDRES : 1720,  HWY 6 ,SUGARLAND, TX 77478, USA
NAME ON ACCOUNT: SPEAK2VOICE LLC
ACCOUNT # 1315188696
ABA # 121000248
SWIFT CODE : WFBIUS6S

Buyer acknowledges that no warranty of merchantability or fitness for any particular purpose is expressed or implied in this transaction, that the Seller gives no warranty, expressed or implied, as to description quality, merchantability fitness for any particular purpose, productiveness or any other matter or any item of the property which the Buyer shall receive. The Seller shall in no way be responsible for the proper use and service of the property and the Buyer hereby waives all rights or refusals in return of the property. The property which is the subject of this sale having been made on the express understanding that there is no expressed or implied warranty, the Buyer acknowledges that he is not relying on the Seller or Seller's employees or agent's skill or judgment to select or furnish suitable goods for any particular purpose and that there are no warranties which extend beyond the description on the face hereof. The Buyer shall protect, defend, indemnitY and hold seller and its agents, employees and related companies harmless for any losses, cost expenses (including attorney's fees and court cost) claims (including claims of Buyer's employees), damages, demands, liabilities suits, actions, recoveries and judgments of every nature and description arising out of the handling, transportation, storage, use, resale or disposal of the property after delivery of the property to the Buyer. The Buyer shall pay at the time of payment of the purchase price all applicable sales tax. In this event that the Buyer either fails to pay the tax or other charges as agreed above or fails to provide a valid exemption certificate, Buyer shall indemnitY and hold Seller harmless from any liability and expense by reason of such failure. The Buyer shall use the machine according to the manufacture's specification and operation manual following the safety regulations. It is the Buyer's responsibility to obtain the specifications and operations manual from the manufacturer of the machine. The Seller shall not hold any responsibility or liability in case of any accident or any other problem with the product after the sale. PAYMENT OF INVOICE IS BUYER'S ACCEPTANCE ON TIIE STATED TERMS AND CONDmON OF TInS TRANSACTION. This invoice shall serve as a Bill of Sale upon receipt of payment in full invoice value and all negations void in the event of dispute or non-compliance with the terms of the invoice.

SPEAK2VOICE  LLC

Exhibit 3

------------------------ Instance Type and Transmission ------------------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status       : Network Ack
Priority/Delivery : Normal


------------------------ Message Header ------------------------------------
Swift   : FIN 103 Single Customer Credit Transfer
Sender  : ICICINBBCTS
        ICICI BANK LIMITED
        GLOBAL TRADE SERVICES UNIT-MUMBAI
        INDIA IN
Receiver : ICICHKHHCLR
        ICICI BANK LTD
        CLEARING SERVICES DEPT
        HONG KONG HK
MUR     : 2459366


------------------------ Message Text ------------------------------------
 20: Sender's Reference
        6235NSMI0078324
23B: Bank Operation Code
        CRED
32A: Value Date/Currency/Interbank Settled Amount
        230801
        Currency:  USD (US Dollar)
        Amount:  38000,00
33B: Currency/Instructed Amount
        Currency:  USD (US Dollar)
        Amount:  38000,00
50K: Ordering Customer
        122705001565
        UNIVERSAL CRANES AND EQUIPMENTS
        ABOVE ICICI BANK 2ND FLR OFFICE
        MUMBAI
        INDIA
57A: Account With Institution
        WFBIUS6SXXX
        WELLS FARGO BANK, N.A.
        UNITED STATES OF AMERICA US
 59: Beneficiary Customer
        1315188696
        SPEAK2VOICE LLC
        16107 KENSINGTON DR VIDE REFERENCE
        137 SUGARLAND TX 77479
        UNITED STATES
 70: Remittance Information
        ADVANCE PAYMENT AGAINST IMPORT
        INV NO 202355

Exhibit 3-A

    DTD 28/07/2023
71A: Details of Charges
    OUR


------------------------- Message Trailer ----------------------------------------
MAC: 00000000
CHK: 05274B24E7C2


----------------------Interventions------------------------------------------------
Category        : Network Report
Creation Time   :01/08/2023 14:27:00
Application     : SWIFT Interface
Text
{1:F21ICICINBBACTS4810542208}{4:{177:2308011427}{451:0}{108:2459366}}

------------------------- Instance Type and Transmission -------------------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status       : Network Ack
Priority/Delivery : Normal


------------------------- Message Header -------------------------------------
Swift    : FIN 103 Single Customer Credit Transfer
Sender   : ICICINBBCTS
        ICICI BANK LIMITED
        GLOBAL TRADE SERVICES UNIT-MUMBAI
        INDIA IN
Receiver : ICICHKHHCLR
        ICICI BANK LTD
        CLEARING SERVICES DEPT
        HONG KONG HK
MUR    : 2591483


------------------------- Message Text -------------------------------------
 20: Sender's Reference
        6235NSMI0109824
23B: Bank Operation Code
        CRED
32A: Value Date/Currency/Interbank Settled Amount
        230913
        Currency:  USD (US Dollar)
        Amount:  20000,00
33B: Currency/Instructed Amount
        Currency:  USD (US Dollar)
        Amount:  20000,00
50K: Ordering Customer
        122705001565
        UNIVERSAL CRANES AND EQUIPMENTS
        ABOVE ICICI BANK 2ND FLR,OFFICE,
        MUMBAI
        INDIA
57A: Account With Institution
        WFBIUS6SXXX
        WELLS FARGO BANK, N.A.
        UNITED STATES OF AMERICA US
 59: Beneficiary Customer
        1315188696
        SPEAK2VOICE LLC
        16107 KENSINGTON DR, VIDE REFERENCE
        137, SUGARLAND TX 77479
        UNITED STATES
 70: Remittance Information
        ADVANCE PAYMENT AGAINST IMPORT
71A: Details of Charges

OUR

------------------------ Message Trailer -----------------------------------------

MAC: 00000000

CHK: 7A28DDF68775


----------------------Interventions-------------------------------------------

Category        : Network Report

Creation Time   :13/09/2023 16:44:00

Application     : SWIFT Interface

Text

{1:F21ICICINBBACTS4855919661}{4:{177:2309131644}{451:0}{108:2591483}}

------------------------ Instance Type and Transmission ------------------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status      : Network Ack
Priority/Delivery : Normal


------------------------ Message Header -------------------------------------
Swift    : FIN 103 Single Customer Credit Transfer
Sender  : ICICINBBCTS
        ICICI BANK LIMITED
        GLOBAL TRADE SERVICES UNIT-MUMBAI
        INDIA IN
Receiver : ICICHKHHCLR
        ICICI BANK LTD
        CLEARING SERVICES DEPT
        HONG KONG HK
MUR    : 2649896


------------------------ Message Text -------------------------------------
 20: Sender's Reference
        6235NSMI0126124
23B: Bank Operation Code
        CRED
32A: Value Date/Currency/Interbank Settled Amount
        231003
        Currency:  USD (US Dollar)
        Amount:  30000,00
33B: Currency/Instructed Amount
        Currency:  USD (US Dollar)
        Amount:  30000,00
50K: Ordering Customer
        122705001565
        UNIVERSAL CRANES AND EQUIPMENTS
        ABOVE ICICI BANK 2ND FLR,OFFICE,
        MUMBAI
        INDIA
57A: Account With Institution
        WFBIUS6SXXX
        WELLS FARGO BANK, N.A.
        UNITED STATES OF AMERICA US
 59: Beneficiary Customer
        1315188696
        SPEAK2VOICE LLC
        16107 KENSINGTON DR, VIDE REFERENCE
        137, SUGARLAND TX 77479
        UNITED STATES
 70: Remittance Information
        ADVANCE PAYMENT AGAINST IMPORT
        INV 202355

DATE 28-07-23
71A: Details of Charges
OUR

------------------------ Message Trailer ------------------------------------------
MAC: 00000000
CHK: EA678368B4B4

---------------------Interventions------------------------------------------
Category       : Network Report
Creation Time   :03/10/2023 22:03:00
Application     : SWIFT Interface
Text
{1:F21ICICINBBACTS4876489151}{4:{177:2310032203}{451:0}{108:2649896}}

# SPEAK2VOICE  LLC

### 16107 KENSINGTON DR, # 137 , SUGARLAND TX 77479  USA
EMAIL: speak2voicellc@gmail.com  TEL: 832-646-3314

DATE: SEPTEMBER 25  2023                                                 INVOICE #202372
CO:
    UNIVERSAL CRANES AND EQUIPMENTS,
    OFFICE NO.227, NAVVYAPAR BHUVAN, ABOVE ICICI BANK,
    P.D' MELLO ROAD, MASID EAST,
    MUMBAI 400009, MAHARASHTRA INDIA
    TEL: +919820219295

SOLD (PROPERTY):
ONE UNIT OF USED LIEBHERR LTM 1300/1 ALL TERRAIN CRANE  S/N 071067

PRICE: US 403,000.00 C&F  MUMBAI
( FOUR HUNDRED AND THREE  THOUSAND  DOLLARS)

TERMS :100% ADVANCE VIA WIRE TRANSFER

BANK NAME: WELLS FARGO  BANK
BANK ADDRES : 1720,  HWY 6 ,SUGARLAND, TX 77478, USA
NAME ON ACCOUNT: SPEAK2VOICE LLC
ACCOUNT # 1315188696
ABA # 121000248
SWIFT CODE : WFBIUS6S

Buyer acknowledges that no warranty of merchantability or fitness for any particular purpose is expressed or implied in this transaction, that the Seller gives no warranty, expressed or implied, as to description quality, merchantability fitness for any particular purpose, productiveness or any other matter or any item of the property which the Buyer shall receive. The Seller shall in no way be responsible for the proper use and service of the property and the Buyer hereby waives all rights or refusals in return of the property. The property which is the subject of this sale having been made on the express understanding that there is no expressed or implied warranty, the Buyer acknowledges that he is not relying on the Seller or Seller's employees or agent's skill or judgment to select or furnish suitable goods for any particular purpose and that there are no warranties which extend beyond the description on the face hereof. The Buyer shall protect, defend, indemniŧY and hold seller and its agents, employees and related companies harmless for any losses, cost expenses (including attorney's fees and court cost) claims (including claims of Buyer's employees), damages, demands, liabilities suits, actions, recoveries and judgments of every nature and description arising out of the handling, transportation, storage, use, resale or disposal of the property after delivery of the property to the Buyer. The buyer shall pay at the time of payment of the purchase price all applicable sales tax. In this event that the Buyer either fails to pay the tax or other charges as agreed above or fails to provide a valid exemption certificate, Buyer shall indemniŧY and hold Seller harmless from any liability and expense by reason of such failure. The Buyer shall use the machine according to the manufacture's specification and operation manual following the safety regulations. It is the Buyer's responsibility to obtain the specifications and operations manual from the manufacturer of the machine. The Seller shall not hold any responsibility or liability in case of any accident or any other problem with the product after the sale. PAYMENT OF INVOICE IS BUYER'S ACCEPTANCE ON TIIE STATED TERMS AND CONDmON OF TInS TRANSACTION. This invoice shall serve as a Bill of Sale upon receipt of payment in full invoice value and all negations void in the event of dispute or non-compliance with the terms of the invoice.

SPEAK2VOICE  LLC

Exhibit 4

# SPEAK2VOICE  LLC

## 16107 KENSINGTON DR, # 112 , SUGARLAND, TX 77479,  USA

DATE: OCTOBER 13,2023                                                                 INVOICE # 202376

CO:

UNIVERSAL CRANES & EQUIPMENTS,
OFFICE NO 227, NAVVYAPAR BHUVAN,
P.D'MELLO ROAD, MASJID BUNDER,
MUMBAI – 400009, MAHARASHTRA, INDIA.

SOLD (PROPERTY):
ONE UNIT OF USED GROVE GMK 5120B ALL TERRAIN MOBILE CRANE WITH STANDARD ACCESSORIES.
SERIAL NUMBER # 51009232

PRICE: US 175,000.00 C&F MUMBAI
(ONE LAKH AND SEVENTY FIVE THOUSAND DOLLARS)

TERMS : 100% ADVANCE VIA WIRE TRANSFER
REQUIRED US 175,000.00 BY 17TH OCT,2023.

BANK NAME: WELLS FARGO BANK
BANK ADDREES: 1720, HWY 6 , SUGARLAND, TX 77478, USA.
NAME OF ACCOUNT: SPEAK2VOICE LLC
ACCOUNT # 1315188696
ABA # 121000248
SWIFT CODE: WFBIUS6S

Buyer acknowledges that no warranty of merchantability or fitness for any particular purpose is expressed or implied in this transaction, that the Seller gives no warranty, expressed or implied, as to description quality, merchantability fitness for any particular purpose, productiveness or any other matter or any item of the property which the Buyer shall receive. The Seller shall in no way be responsible for the proper use and service of the property and the Buyer hereby waives  all rights or refusals in return of the property. The property which is the subject of this safe having been made on the express understanding that there is no expressed or implied warranty, the Buyer acknowledges that he is not relying on the Seller or Seller's employees or agent's skill or judgment to select or furnish suitable  goods for any particular  purpose and that there are no warranties  which extend beyond the description  on the face hereof. The Buyer  shall protect, defend, indemnitY and hold seller and its agents, employees and related companies harmless for any losses, cost expenses (including attorney's fees and  court cost) claims (including claims of Buyer's employees), damages, demands, liabilities suits, actions, recoveries and judgments of every nature and description
arising out of the handling, transportation, storage, use, resale or disposal of the property after delivery of the property to the Buyer. The buyer shall pay at the time of payment of  the purchase  price all applicable sales  tax. In this event that  the Buyer  either  fails to pay  the tax or other  charges as agreed above or fails to providea valid exemption certificate,  Buyer  shall indemnitY  and hold Seller harmless from any liability and expense  by reason of such failure. The Buyer shall use the machine according  to the manufacture's  specification  and operation manual following  the safety regulations.  It is the Buyer's responsibility to obtain the specifications and operations manual from  the manufacturer  of the machine.  The Seller shall not hold any responsibility or liability  in case of any accident  or any other problem with the product after the sale. PAYMENT OF INVOICE IS BUYER'S ACCEPTANCE ON TIIE STATED TERMS AND CONDmON OF TlnS
TRANSACTION, This invoice shall serve as a Bill of Sale upon receipt of payment in full invoice value and all negations void in the event of dispute or non-compliance with the terms of the invoice.

SPEAK2VOICE  LLC

Exhibit 5

------------------------- Instance Type and Transmission -------------------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status      : Network Ack
Priority/Delivery : Normal

------------------------- Message Header -------------------------------------------
Swift   : FIN 103 Single Customer Credit Transfer
Sender  : ICICINBBCTS
        ICICI BANK LIMITED
        GLOBAL TRADE SERVICES UNIT-MUMBAI
        INDIA IN
Receiver : ICICHKHHCLR
        ICICI BANK LTD
        CLEARING SERVICES DEPT
        HONG KONG HK
MUR     : 2689544

------------------------- Message Text -------------------------------------------
 20: Sender's Reference
        6235NSMI0134124
23B: Bank Operation Code
        CRED
32A: Value Date/Currency/Interbank Settled Amount
        231016
        Currency:  USD (US Dollar)
        Amount:  175000,00
33B: Currency/Instructed Amount
        Currency:  USD (US Dollar)
        Amount:  175000,00
50K: Ordering Customer
        122705001565
        UNIVERSAL CRANES AND EQUIPMENTS
        ABOVE ICICI BANK 2ND FLR,OFFICE,
        MUMBAI
        INDIA
57A: Account With Institution
        WFBIUS6SXXX
        WELLS FARGO BANK, N.A.
        UNITED STATES OF AMERICA US
 59: Beneficiary Customer
        1315188696
        SPEAK2VOICE LLC
        16107 KENSINGTON DR, VIDE REFERENCE
        137  SUGARLAND TX 77479
        UNITED STATES
 70: Remittance Information
        ADVACNE PAYMENT AGAINST IMPORT
        INV NO 202376

Exhibit 5-A

DTD 13.10 .2023

71A: Details of Charges

OUR

------------------------ Message Trailer ----------------------------------------

MAC: 00000000

CHK: 4AACBCA65524

----------------------Interventions------------------------------------------

Category       : Network Report

Creation Time   :16/10/2023 18:37:00

Application     : SWIFT Interface

Text

{1:F21ICICINBBACTS4889897555}{4:{177:2310161837}{451:0}{108:2689544}}

# SPEAK2VOICE  LLC

### 16107 KENSINGTON DR, # 112 , SUGARLAND TX 77479  USA
Email : speak2voicellc@gmail.com  Tel : 832-646-3314

DATE: FEBUARY 21   2023                                              INVOICE #202312
CO:

    QUALITY CRANES AND EQUIPMENT.
    2-A LAXMI BHUVAN, 161 P.D.MELLO ROAD,
    CARNAC BUNDER, MUMBAI 400001, MAHARASHTRA INDIA
    TEL: +919820193040

SOLD (PROPERTY):
 ONE UNIT OF USED GROVE GMK 5120B ALL TERRAIN CRANE S/N 51009521

PRICE: US 135,000.00 C&F MUMBAI
( ONE  HUNDRED AND THIRTY FIVE  THOUSAND  DOLLARS)

TERMS :100% ADVANCE VIA WIRE TRANSFER
$ 115,000 DUE UPON RECIPT OF THE INVOICE AND BALANCE $ 20,000 DUE IN 75 DAYS

BANK NAME: WELLS FARGO  BANK
BANK ADDRES : 1720, HWY 6,  SUGARLAND, TX 77478, USA
NAME ON ACCOUNT: SPEAK2VOICE LLC
ACCOUNT # 1315188696
ABA # 121000248
SWIFT CODE : WFBIUS6S

Buyer acknowledges that no warranty of merchantability or fitness for any particular purpose is expressed or implied in this transaction, that the Seller gives no warranty, expressed or implied, as to description quality, merchantability fitness for any particular purpose, productiveness or any other matter or any item of the property which the Buyer shall receive. The Seller shall in no way be responsible for the proper use and service of the property and the Buyer hereby waives all rights or refusals in return of the property. The property which is the subject of this sale having been made on the express understanding that there is no expressed or implied warranty, the Buyer acknowledges that he is not relying on the Seller or Seller's employees or agent's skill or judgment to select or furnish suitable goods for any particular purpose and that there are no warranties which extend beyond the description on the face hereof. The Buyer shall protect, defend, indemnitY and hold seller and its agents, employees and related companies harmless for any losses, cost expenses (including attorney's fees and court cost) claims (including claims of Buyer's employees), damages, demands, liabilities suits, actions, recoveries and judgments of every nature and description arising out of the handling, transportation, storage, use, resale or disposal of the property after delivery of the property to the Buyer. The buyer shall pay at the time of payment of the purchase price all applicable sales tax. In this event that the Buyer either fails to pay the tax or other charges as agreed above or fails to provide a valid exemption certificate, Buyer shall indemnitY and hold Seller harmless from any liability and expense by reason of such failure. The Buyer shall use the machine according to the manufacture's specification and operation manual following the safety regulations. It is the Buyer's responsibility to obtain the specifications and operations manual from the manufacturer of the machine. The Seller shall not hold any responsibility or liability in case of any accident or any other problem with the product after the sale. PAYMENT OF INVOICE IS BUYER'S ACCEPTANCE ON TIE STATED TERMS AND CONDmON OF TInS TRANSACTION. This invoice shall serve as a Bill of Sale upon receipt of payment in full invoice value and all negations void in the event of dispute or non-compliance with the terms of the invoice.

SPEAK2VOICE  LLC

Exhibit 6

```
------------------------- Instance Type and Transmission -------------------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status      : Network Ack
Priority/Delivery : Normal


------------------------- Message Header -------------------------------------
Swift   : FIN 103 Single Customer Credit Transfer
Sender  : ICICINBBCTS
        ICICI BANK LIMITED
        GLOBAL TRADE SERVICES UNIT-MUMBAI
        INDIA IN
Receiver : ICICHKHHCLR
        ICICI BANK LTD
        CLEARING SERVICES DEPT
        HONG KONG HK
MUR     : 1998789


------------------------- Message Text --------------------------------------
 20: Sender's Reference
        6235NSMI0187323
 23B: Bank Operation Code
        CRED
 32A: Value Date/Currency/Interbank Settled Amount
        230223
        Currency:  USD (US Dollar)
        Amount:  115000,00
 33B: Currency/Instructed Amount
        Currency:  USD (US Dollar)
        Amount:  115000,00
 50K: Ordering Customer
        122705000856
        QUALITY CRANES AND EQUIPMENT
        2 A LAXMI BHUVAN 161 P D MELLO ROAD
        MUMBAI
        INDIA
 57A: Account With Institution
        WFBIUS6SXXX
        WELLS FARGO BANK, N.A.
        UNITED STATES OF AMERICA US
 59: Beneficiary Customer
        1315188696
        SPEAK2VOICE LLC
        16107 KENSINGTON DR
        112 SUGARLAND TX 77479
        UNITED STATES
 70: Remittance Information
        ADVANCE PAYMENT AGAINST IMPORT
        INV NO 202312
```

Exhibit 6-A

INV DT 21/02/2023

71A: Details of Charges

OUR

------------------------- Message Trailer ------------------------------------------

MAC: 00000000

CHK: 23B6083C16CA

----------------------Interventions---------------------------------------------

Category          : Network Report

Creation Time    :23/02/2023 17:46:00

Application       : SWIFT Interface

Text

{1:F21ICICINBBACTS4624486902}{4:{177:2302231746}{451:0}{108:1998789}}

Gregor Wynne Arney PLLC
4265 SAN FELIPE ST STE 700
HOUSTON TX 77027-2926

**$7.16    US POSTAGE**
**FIRST-CLASS**
Aug 17 2024
Mailed from ZIP 77027
4 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 1

11923275



062S0010937442

## USPS CERTIFIED MAIL



**9407 1118 9876 5485 6768 51**

SPEAK2VOICE, LLC
Rahim Rajwani and Zohra Rajwani
16107 KENSINGTON DR
NO 112
SUGAR LAND TX 77479-4224

**Electronic Delivery Confirmation™**

## USPS CERTIFIED MAIL™

Gregor Wynne Arney PLLC
4265 SAN FELIPE ST STE 700
HOUSTON TX 77027-2926

$7.16    **US POSTAGE**
**FIRST-CLASS**
Aug 17 2024
Mailed from ZIP 77027
4 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 1
11923275



stamps
endicia

062S0010937442

**USPS CERTIFIED MAIL**

**9407 1118 9876 5485 6768 51**

SPEAK2VOICE, LLC
Rahim Rajwani and Zohra Rajwani
16107 KENSINGTON DR
NO 112
SUGAR LAND TX 77479-4224

| Reference | |
|---|---|
| USPS # | 9407111898765485676851 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 12:26 pm on August 31, 2024 in SUGAR LAND, TX 77479. |
| USPS History | Out for Delivery, 08/31/2024, 10:05 am, SUGAR LAND, TX 77479 |
| | USPS picked up item, August 31, 2024, 10:05 am, SUGAR LAND, TX 77479 |
| | In Transit to Next Facility, 08/30/2024 |
| | In Transit to Next Facility, 08/29/2024 |
| | Arrived at USPS Regional Destination Facility, 08/28/2024, 11:54 pm, NORTH HOUSTON TX DISTRIBUTION CENTER |
| | In Transit to Next Facility, 08/24/2024 |
| | In Transit to Next Facility, 08/23/2024 |
| | In Transit to Next Facility, 08/22/2024 |
| | In Transit to Next Facility, 08/21/2024 |
| | Arrived at USPS Regional Origin Facility, 08/20/2024, 10:41 pm, LAFAYETTE LA DISTRIBUTION CENTER |
| | In Transit to Next Facility, 08/20/2024 |
| | Arrived at USPS Regional Origin Facility, 08/19/2024, 11:28 pm, BATON ROUGE LA PROCESSING CENTER |
| | In Transit to Next Facility, 08/19/2024 |
| | Arrived at USPS Regional Origin Facility, 08/18/2024, 2:50 am, LAFAYETTE LA DISTRIBUTION CENTER |
| | Arrived at USPS Regional Origin Facility, 08/17/2024, 3:53 pm, BATON |

**Electronic Delivery Confirmation Report © 2024 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2024** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 09/01/2024 18:06:18 (UTC)**

ROUGE LA PROCESSING CENTER
Shipping Label Created, USPS Awaiting Item, 08/16/2024, 11:19 am, HOUSTON, TX 77027

**Electronic Delivery Confirmation Report © 2024 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2024** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 09/01/2024 18:06:18 (UTC)**

# SPEAK2VOICE  LLC

16107 KENSINGTON DR, # 137 , SUGARLAND TX 77479  USA
EMAIL: speak2voicellc@gmail.com TEL: 832-646-3314

DATE: DECEMBER 11  2022                                              INVOICE #202285
CO:
   UNIVERSAL CRANES AND EQUIPMENTS,
   OFFICE NO.227, NAVVYAPAR BHUVAN, ABOVE ICICI BANK,
   P.D' MELLO ROAD, MASID EAST,
   MUMBAI 400009, MAHARASHTRA INDIA
   TEL: +919820219295

SOLD (PROPERTY):
ONE UNIT OF USED GROVE GMK 6300B  ALL TERRAIN CRANE S/N 62508019

PRICE: US 275,000.00 C&F  MUMBAI
( TWO HUNDRED AND SEVENTY FIVE  THOUSAND  DOLLARS)

TERMS :100% ADVANCE VIA WIRE TRANSFER
$ 250,000 DUE NOW  BALANCE $ 25.000 DUE IN 75 DAYS

BANK NAME: WELLS FARGO  BANK
BANK ADDRES : 1720,  HWY 6 ,SUGARLAND, TX 77478, USA
NAME ON ACCOUNT: SPEAK2VOICE LLC
ACCOUNT # 1315188696
ABA # 121000248
SWIFT CODE : WFBIUS6S

Buyer acknowledges that no warranty of merchantability or fitness for any particular purpose is expressed or implied in this transaction, that the Seller gives no warranty, expressed or implied, as to description quality, merchantability fitness for any particular purpose, productiveness or any other matter or any item of the property which the Buyer shall receive. The Seller shall in no way be responsible for the proper use and service of the property and the Buyer hereby waives all rights or refusals in return of the property. The property which is the subject of this sale having been made on the express understanding that there is no expressed or implied warranty, the Buyer acknowledges that he is not relying on the Seller or Seller's employees or agent's skill or judgment to select or furnish suitable goods for any particular purpose and that there are no warranties which extend beyond the description on the face hereof. The Buyer shall protect, defend, indemnitY and hold seller and its agents, employees and related companies harmless for any losses, cost expenses (including attorney's fees and court cost) claims (including claims of Buyer's employees), damages, demands, liabilities suits, actions, recoveries and judgments of every nature and description arising out of the handling, transportation, storage, use, resale or disposal of the property after delivery of the property to the Buyer. The buyer shall pay at the time of payment of the purchase price all applicable sales tax. In this event that the Buyer either fails to pay the tax or other charges as agreed above or fails to provide a valid exemption certificate, Buyer shall indemnitY and hold Seller harmless from any liability and expense by reason of such failure. The Buyer shall use the machine according to the manufacture's specification and operation manual following the safety regulations. It is the Buyer's responsibility to obtain the specifications and operations manual from the manufacturer of the machine. The Seller shall not hold any responsibility or liability in case of any accident or any other problem with the product after the sale. PAYMENT OF INVOICE IS BUYER'S ACCEPTANCE ON TllE STATED TERMS AND CONDmON OF ThiS TRANSACTION. This invoice shall serve as a Bill of Sale upon receipt of payment in full invoice value and all negations void in the event of dispute or non-compliance with the terms of the invoice.

SPEAK2VOICE  LLC

Exhibit 1

```
------------------------ Instance Type and Transmission ------------------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status      : Network Ack
Priority/Delivery : Normal


------------------------ Message Header -----------------------------------------
Swift   : FIN 103 Single Customer Credit Transfer
Sender  : ICICINBBCTS
        ICICI BANK LIMITED
        GLOBAL TRADE SERVICES UNIT-MUMBAI
        INDIA IN
Receiver : ICICHKHHCLR
        ICICI BANK LTD
        CLEARING SERVICES DEPT
        HONG KONG HK
MUR     : 1810355


------------------------ Message Text -------------------------------------------
 20: Sender's Reference
        6235NSMI0144923
23B: Bank Operation Code
        CRED
32A: Value Date/Currency/Interbank Settled Amount
        221213
        Currency:  USD (US Dollar)
        Amount:  120000,00
33B: Currency/Instructed Amount
        Currency:  USD (US Dollar)
        Amount:  120000,00
50K: Ordering Customer
        122705001565
        UNIVERSAL CRANES AND EQUIPMENTS
        ABOVE ICICI BANK 2ND FLR,OFFICE,
        MUMBAI
        INDIA
57A: Account With Institution
        WFBIUS6S
        WELLS FARGO BANK, N.A.
        UNITED STATES OF AMERICA US
 59: Beneficiary Customer
        1315188696
        SPEAK2VOICE LLC
        16107 KENSINGTON DR, VIDE REFERENCE
        UNITED STATES
        UNITED STATES
 70: Remittance Information
        ADVANCE PAYMENT AGAINST IMPORT
71A: Details of Charges
```

Exhibit 1-A

OUR

------------------------ Message Trailer ----------------------------------------
MAC: 00000000
CHK: C87D29C10BAA


----------------------Interventions--------------------------------------------
Category       : Network Report
Creation Time   :13/12/2022 23:11:00
Application     : SWIFT Interface
Text
{1:F21ICICINBBACTS4548204510}{4:{177:2212132311}{451:0}{108:1810355}}

```
------------------------ Instance Type and Transmission ------------------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status    : Network Ack
Priority/Delivery : Normal


------------------------ Message Header ------------------------------------
Swift   : FIN 103 Single Customer Credit Transfer
Sender  : ICICINBBCTS
        ICICI BANK LIMITED
        GLOBAL TRADE SERVICES UNIT-MUMBAI
        INDIA IN
Receiver : ICICHKHHCLR
        ICICI BANK LTD
        CLEARING SERVICES DEPT
        HONG KONG HK
MUR     : 1818909


------------------------ Message Text ------------------------------------
 20: Sender's Reference
        6235NSMI0146423
23B: Bank Operation Code
        CRED
32A: Value Date/Currency/Interbank Settled Amount
        221216
        Currency:  USD (US Dollar)
        Amount:  130000,00
33B: Currency/Instructed Amount
        Currency:  USD (US Dollar)
        Amount:  130000,00
50K: Ordering Customer
        122705001565
        UNIVERSAL CRANES AND EQUIPMENTS
        ABOVE ICICI BANK 2ND FLR,OFFICE,
        MUMBAI
        INDIA
57A: Account With Institution
        WFBIUS6SXXX
        WELLS FARGO BANK, N.A.
        UNITED STATES OF AMERICA US
 59: Beneficiary Customer
        1315188696
        SPEAK2VOICE LLC
        16107 KENSINGTON DR,
        VIDE REFERENCE
        UNITED STATES
 70: Remittance Information
        ADVANCE PAYMENT AGAINST IMPORT
        INV 202285
```

    11 12 2022
71A: Details of Charges
    OUR


------------------------ Message Trailer ----------------------------------------
MAC: 00000000
CHK: 1F103F262DB5


----------------------Interventions------------------------------------------
Category       : Network Report
Creation Time   :16/12/2022 13:29:00
Application    : SWIFT Interface
Text
{1:F21ICICINBBACTS4551348604}{4:{177:2212161329}{451:0}{108:1818909}}

# SPEAK2VOICE  LLC

16107 KENSINGTON DR, # 137 , SUGARLAND TX 77479  USA
EMAIL: speak2voicellc@gmail.com  TEL: 832-646-3314

DATE: JUNE  27  2023                                                    INVOICE #202347
CO:
    UNIVERSAL CRANES AND EQUIPMENTS,
    OFFICE NO.227, NAVVYAPAR BHUVAN, ABOVE ICICI BANK,
    P.D' MELLO ROAD, MASID EAST,
    MUMBAI 400009, MAHARASHTRA INDIA
    TEL: +919820219295

SOLD (PROPERTY):
ONE UNIT OF USED LEIBHERR LTM 1120/1  ALL TERRAIN CRANE  S/N 0023726

PRICE: US 125,000.00 C&F  MUMBAI
( ONE HUNDRED AND TWENTY FIVE   THOUSAND  DOLLARS)

TERMS :100% ADVANCE VIA WIRE TRANSFER
$ 85,000 DUE JUNE 28  2023  AND BALANCE $ 40,000 DUE  IN 75 DAYS

BANK NAME: WELLS FARGO  BANK
BANK ADDRES : 1720,  HWY 6 ,SUGARLAND, TX 77478, USA
NAME ON ACCOUNT: SPEAK2VOICE LLC
ACCOUNT # 1315188696
ABA # 121000248
SWIFT CODE : WFBIUS6S

Buyer acknowledges that no warranty of merchantability or fitness for any particular purpose is expressed or implied in this transaction, that the Seller gives no warranty, expressed or implied, as to description quality, merchantability fitness for any particular purpose, productiveness or any other matter or any item of the property which the Buyer shall receive. The Seller shall in no way be responsible for the proper use and service of the property and the Buyer hereby waives all rights or refusals in return of the property. The property which is the subject of this sale having been made on the express understanding that there is no expressed or implied warranty, the Buyer acknowledges that he is not relying on the Seller or Seller's employees or agent's skill or judgment to select or furnish suitable goods for any particular purpose and that there are no warranties which extend beyond the description on the face hereof. The Buyer shall protect, defend, indemniY and hold seller and its agents, employees and related companies harmless for any losses, cost expenses (including attorney's fees and court cost) claims (including claims of Buyer's employees), damages, demands, liabilities suits, actions, recoveries and judgments of every nature and description arising out of the handling, transportation, storage, use, resale or disposal of the property after delivery of the property to the Buyer. The buyer shall pay at the time of payment of the purchase price all applicable sales tax. In this event that the Buyer either fails to pay the tax or other charges as agreed above or fails to provide a valid exemption certificate, Buyer shall indemniY and hold Seller harmless from any liability and expense by reason of such failure. The Buyer shall use the machine according to the manufacture's specification and operation manual following the safety regulations. It is the Buyer's responsibility to obtain the specifications and operations manual from the manufacturer of the machine. The Seller shall not hold any responsibility or liability in case of any accident or any other problem with the product after the sale. PAYMENT OF INVOICE IS BUYER'S ACCEPTANCE ON TIIE STATED TERMS AND CONDmON OF TInS TRANSACTION. This invoice shall serve as a Bill of Sale upon receipt of payment in full invoice value and all negations void in the event of dispute or non-compliance with the terms of the invoice.

SPEAK2VOICE  LLC

Exhibit 2

```
------------------------- Instance Type and Transmission -------------------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status        : Network Ack
Priority/Delivery : Normal


------------------------- Message Header -------------------------------------------
Swift    : FIN 103 Single Customer Credit Transfer
Sender   : ICICINBBCTS
         ICICI BANK LIMITED
         GLOBAL TRADE SERVICES UNIT-MUMBAI
         INDIA IN
Receiver : ICICHKHHCLR
         ICICI BANK LTD
         CLEARING SERVICES DEPT
         HONG KONG HK
MUR      : 2360386


------------------------- Message Text ---------------------------------------------
 20: Sender's Reference
        6235NSMI0056424
23B: Bank Operation Code
        CRED
32A: Value Date/Currency/Interbank Settled Amount
        230628
        Currency:  USD (US Dollar)
        Amount:  85000,00
33B: Currency/Instructed Amount
        Currency:  USD (US Dollar)
        Amount:  85000,00
50K: Ordering Customer
        122705001565
        UNIVERSAL CRANES AND EQUIPMENTS
        ABOVE ICICI BANK 2ND FLR OFFICE
        MUMBAI
        INDIA
57A: Account With Institution
        WFBIUS6SXXX
        WELLS FARGO BANK, N.A.
        UNITED STATES OF AMERICA US
 59: Beneficiary Customer
        1315188696
        SPEAK2VOICE LLC
        16107 KENSINGTON DR 137 SUGARLAND
        TX 77479
        UNITED STATES
 70: Remittance Information
        ADVANCE PAYMENT AGAINST IMPORT
        INV NO 202347
```

Exhibit 2-A

INV DT 27/06/2023
71A: Details of Charges
      OUR


------------------------ Message Trailer ------------------------------------
MAC: 00000000
CHK: 5DEA8FF49936


----------------------Interventions------------------------------------------
Category         : Network Report
Creation Time    :28/06/2023 22:43:00
Application       : SWIFT Interface
Text
{1:F21ICICINBBACTS4771317013}{4:{177:2306282243}{451:0}{108:2360386}}

# SPEAK2VOICE  LLC

### 16107 KENSINGTON DR, # 137 , SUGARLAND TX 77479  USA
### EMAIL: speak2voicellc@gmail.com  TEL: 832-646-3314

DATE: JULY  28  2023                                            INVOICE #202355
CO:
    UNIVERSAL CRANES AND EQUIPMENTS,
    OFFICE NO.227, NAVVYAPAR BHUVAN, ABOVE ICICI BANK,
    P.D' MELLO ROAD, MASID EAST,
    MUMBAI 400009, MAHARASHTRA INDIA
    TEL: +919820219295

SOLD (PROPERTY):
ONE UNIT OF USED DEMAG AC335  ALL TERRAIN CRANE  S/N 37028

PRICE: US 118,000.00 C&F  MUMBAI
( ONE HUNDRED AND EIGHTEEN  THOUSAND  DOLLARS)

TERMS :100% ADVANCE VIA WIRE TRANSFER
 $ 58,000 DUE  JULY 31 2023    BALANCE DUE IN 120 DAYS

BANK NAME: WELLS FARGO  BANK
BANK ADDRES : 1720,  HWY 6 ,SUGARLAND, TX 77478, USA
NAME ON ACCOUNT: SPEAK2VOICE LLC
ACCOUNT # 1315188696
ABA # 121000248
SWIFT CODE : WFBIUS6S

Buyer acknowledges that no warranty of merchantability or fitness for any particular purpose is expressed or implied in this transaction, that the Seller gives no warranty, expressed or implied, as to description quality, merchantability fitness for any particular purpose, productiveness or any other matter or any item of the property which the Buyer shall receive. The Seller shall in no way be responsible for the proper use and service of the property and the Buyer hereby waives all rights or refusals in return of the property. The property which is the subject of this sale having been made on the express understanding that there is no expressed or implied warranty, the Buyer acknowledges that he is not relying on the Seller or Seller's employees or agent's skill or judgment to select or furnish suitable goods for any particular purpose and that there are no warranties which extend beyond the description on the face hereof. The Buyer shall protect, defend, indemnitY and hold seller and its agents, employees and related companies harmless for any losses, cost expenses (including attorney's fees and court cost) claims (including claims of Buyer's employees), damages, demands, liabilities suits, actions, recoveries and judgments of every nature and description arising out of the handling, transportation, storage, use, resale or disposal of the property after delivery of the property to the Buyer. The buyer shall pay at the time of payment of the purchase price all applicable sales tax. In this event that the Buyer either fails to pay the tax or other charges as agreed above or fails to provide a valid exemption certificate, Buyer shall indemnitY and hold Seller harmless from any liability and expense by reason of such failure. The Buyer shall use the machine according to the manufacture's specification and operation manual following the safety regulations. It is the Buyer's responsibility to obtain the specifications and operations manual from the manufacturer of the machine. The Seller shall not hold any responsibility or liability in case of any accident or any other problem with the product after the sale. PAYMENT OF INVOICE IS BUYER'S ACCEPTANCE ON TIIE STATED TERMS AND CONDmON OF TInS TRANSACTION. This invoice shall serve as a Bill of Sale upon receipt of payment in full invoice value and all negations void in the event of dispute or non-compliance with the terms of the invoice.

SPEAK2VOICE  LLC

Exhibit 3

------------------------ Instance Type and Transmission ------------------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status      : Network Ack
Priority/Delivery : Normal


------------------------ Message Header ------------------------------------------
Swift   : FIN 103 Single Customer Credit Transfer
Sender  : ICICINBBCTS
        ICICI BANK LIMITED
        GLOBAL TRADE SERVICES UNIT-MUMBAI
        INDIA IN
Receiver : ICICHKHHCLR
        ICICI BANK LTD
        CLEARING SERVICES DEPT
        HONG KONG HK
MUR     : 2459366


------------------------ Message Text -------------------------------------------
 20: Sender's Reference
        6235NSMI0078324
23B: Bank Operation Code
        CRED
32A: Value Date/Currency/Interbank Settled Amount
        230801
        Currency:  USD (US Dollar)
        Amount:  38000,00
33B: Currency/Instructed Amount
        Currency:  USD (US Dollar)
        Amount:  38000,00
50K: Ordering Customer
        122705001565
        UNIVERSAL CRANES AND EQUIPMENTS
        ABOVE ICICI BANK 2ND FLR OFFICE
        MUMBAI
        INDIA
57A: Account With Institution
        WFBIUS6SXXX
        WELLS FARGO BANK, N.A.
        UNITED STATES OF AMERICA US
 59: Beneficiary Customer
        1315188696
        SPEAK2VOICE LLC
        16107 KENSINGTON DR VIDE REFERENCE
        137 SUGARLAND TX 77479
        UNITED STATES
 70: Remittance Information
        ADVANCE PAYMENT AGAINST IMPORT
        INV NO 202355

                                                    Exhibit 3-A

DTD 28/07/2023

71A: Details of Charges

OUR

------------------------ Message Trailer ----------------------------------------

MAC: 00000000

CHK: 05274B24E7C2

----------------------Interventions------------------------------------------

Category        : Network Report

Creation Time   :01/08/2023 14:27:00

Application     : SWIFT Interface

Text

{1:F21ICICINBBACTS4810542208}{4:{177:2308011427}{451:0}{108:2459366}}

------------------------- Instance Type and Transmission -------------------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status      : Network Ack
Priority/Delivery : Normal


------------------------- Message Header -------------------------------------
Swift    : FIN 103 Single Customer Credit Transfer
Sender  : ICICINBBCTS
        ICICI BANK LIMITED
        GLOBAL TRADE SERVICES UNIT-MUMBAI
        INDIA IN
Receiver : ICICHKHHCLR
        ICICI BANK LTD
        CLEARING SERVICES DEPT
        HONG KONG HK
MUR    : 2591483


------------------------- Message Text -------------------------------------
 20: Sender's Reference
        6235NSMI0109824
23B: Bank Operation Code
        CRED
32A: Value Date/Currency/Interbank Settled Amount
        230913
        Currency:  USD (US Dollar)
        Amount:  20000,00
33B: Currency/Instructed Amount
        Currency:  USD (US Dollar)
        Amount:  20000,00
50K: Ordering Customer
        122705001565
        UNIVERSAL CRANES AND EQUIPMENTS
        ABOVE ICICI BANK 2ND FLR,OFFICE,
        MUMBAI
        INDIA
57A: Account With Institution
        WFBIUS6SXXX
        WELLS FARGO BANK, N.A.
        UNITED STATES OF AMERICA US
 59: Beneficiary Customer
        1315188696
        SPEAK2VOICE LLC
        16107 KENSINGTON DR, VIDE REFERENCE
        137, SUGARLAND TX 77479
        UNITED STATES
 70: Remittance Information
        ADVANCE PAYMENT AGAINST IMPORT
71A: Details of Charges

OUR

------------------------ Message Trailer ----------------------------------------
MAC: 00000000
CHK: 7A28DDF68775


----------------------Interventions-------------------------------------------
Category        : Network Report
Creation Time   :13/09/2023 16:44:00
Application      : SWIFT Interface
Text
{1:F21ICICINBBACTS4855919661}{4:{177:2309131644}{451:0}{108:2591483}}

------------------------- Instance Type and Transmission -------------------------

Notification (Transmission) of Original sent to SWIFT (ACK)

Network Delivery Status     : Network Ack

Priority/Delivery : Normal

------------------------- Message Header -------------------------------------------

Swift   : FIN 103 Single Customer Credit Transfer

Sender  : ICICINBBCTS

      ICICI BANK LIMITED

      GLOBAL TRADE SERVICES UNIT-MUMBAI

      INDIA IN

Receiver : ICICHKHHCLR

      ICICI BANK LTD

      CLEARING SERVICES DEPT

      HONG KONG HK

MUR    : 2649896

------------------------- Message Text -------------------------------------------

20: Sender's Reference

      6235NSMI0126124

23B: Bank Operation Code

      CRED

32A: Value Date/Currency/Interbank Settled Amount

      231003

      Currency:  USD (US Dollar)

      Amount:  30000,00

33B: Currency/Instructed Amount

      Currency:  USD (US Dollar)

      Amount:  30000,00

50K: Ordering Customer

      122705001565

      UNIVERSAL CRANES AND EQUIPMENTS

      ABOVE ICICI BANK 2ND FLR,OFFICE,

      MUMBAI

      INDIA

57A: Account With Institution

      WFBIUS6SXXX

      WELLS FARGO BANK, N.A.

      UNITED STATES OF AMERICA US

59: Beneficiary Customer

      1315188696

      SPEAK2VOICE LLC

      16107 KENSINGTON DR, VIDE REFERENCE

      137, SUGARLAND TX 77479

      UNITED STATES

70: Remittance Information

      ADVANCE PAYMENT AGAINST IMPORT

      INV 202355

    DATE 28-07-23

71A: Details of Charges

    OUR


------------------------ Message Trailer ----------------------------------------

MAC: 00000000

CHK: EA678368B4B4


----------------------Interventions------------------------------------------

Category        : Network Report

Creation Time   :03/10/2023 22:03:00

Application     : SWIFT Interface

Text

{1:F21ICICINBBACTS4876489151}{4:{177:2310032203}{451:0}{108:2649896}}

# SPEAK2VOICE  LLC

16107 KENSINGTON DR, # 137 , SUGARLAND TX 77479  USA
EMAIL: speak2voicellc@gmail.com  TEL: 832-646-3314

DATE: SEPTEMBER 25  2023                                      INVOICE #202372
CO:
    UNIVERSAL CRANES AND EQUIPMENTS,
    OFFICE NO.227, NAVVYAPAR BHUVAN, ABOVE ICICI BANK,
    P.D' MELLO ROAD, MASID EAST,
    MUMBAI 400009, MAHARASHTRA INDIA
    TEL: +919820219295

SOLD (PROPERTY):
ONE UNIT OF USED LIEBHERR LTM 1300/1 ALL TERRAIN CRANE  S/N 071067

PRICE: US 403,000.00 C&F  MUMBAI
( FOUR HUNDRED AND THREE  THOUSAND  DOLLARS)

TERMS :100% ADVANCE VIA WIRE TRANSFER

BANK NAME: WELLS FARGO  BANK
BANK ADDRES : 1720,  HWY 6 ,SUGARLAND, TX 77478, USA
NAME ON ACCOUNT: SPEAK2VOICE LLC
ACCOUNT # 1315188696
ABA # 121000248
SWIFT CODE : WFBIUS6S

Buyer acknowledges that no warranty of merchantability or fitness for any particular purpose is expressed or implied in this transaction, that the Seller gives no warranty, expressed or implied, as to description quality, merchantability fitness for any particular purpose, productiveness or any other matter or any item of the property which the Buyer shall receive. The Seller shall in no way be responsible for the proper use and service of the property and the Buyer hereby waives all rights or refusals in return of the property. The property which is the subject of this sale having been made on the express understanding that there is no expressed or implied warranty, the Buyer acknowledges that he is not relying on the Seller or Seller's employees or agent's skill or judgment to select or furnish suitable goods for any particular purpose and that there are no warranties which extend beyond the description on the face hereof. The Buyer shall protect, defend, indemniY and hold seller and its agents, employees and related companies harmless for any losses, cost expenses (including attorney's fees and court cost) claims (including claims of Buyer's employees), damages, demands, liabilities suits, actions, recoveries and judgments of every nature and description arising out of the handling, transportation, storage, use, resale or disposal of the property after delivery of the property to the Buyer. The buyer shall pay at the time of payment of the purchase price all applicable sales tax. In this event that the Buyer either fails to pay the tax or other charges as agreed above or fails to provide a valid exemption certificate, Buyer shall indemniY and hold Seller harmless from any liability and expense by reason of such failure. The Buyer shall use the machine according to the manufacture's specification and operation manual following the safety regulations. It is the Buyer's responsibility to obtain the specifications and operations manual from the manufacturer of the machine. The Seller shall not hold any responsibility or liability in case of any accident or any other problem with the product after the sale. PAYMENT OF INVOICE IS BUYER'S ACCEPTANCE ON TIIE STATED TERMS AND CONDmON OF TInS TRANSACTION. This invoice shall serve as a Bill of Sale upon receipt of payment in full invoice value and all negations void in the event of dispute or non-compliance with the terms of the invoice.

SPEAK2VOICE  LLC

Exhibit 4

# SPEAK2VOICE  LLC

## 16107 KENSINGTON DR, # 112 , SUGARLAND, TX 77479,  USA

DATE: OCTOBER 13,2023                                                INVOICE # 202376

CO:

    UNIVERSAL CRANES & EQUIPMENTS,
    OFFICE NO 227, NAVVYAPAR BHUVAN,
    P.D'MELLO ROAD, MASJID BUNDER,
    MUMBAI – 400009, MAHARASHTRA, INDIA.

SOLD (PROPERTY):
ONE UNIT OF USED GROVE GMK 5120B ALL TERRAIN MOBILE CRANE WITH STANDARD ACCESSORIES.
SERIAL NUMBER # 51009232

PRICE: US 175,000.00 C&F MUMBAI
(ONE LAKH AND SEVENTY FIVE THOUSAND DOLLARS)

TERMS : 100% ADVANCE VIA WIRE TRANSFER
REQUIRED US 175,000.00 BY 17TH OCT,2023.

BANK NAME: WELLS FARGO BANK
BANK ADDREES: 1720, HWY 6 , SUGARLAND, TX 77478, USA.
NAME OF ACCOUNT: SPEAK2VOICE LLC
ACCOUNT # 1315188696
ABA # 121000248
SWIFT CODE: WFBIUS6S

Buyer acknowledges that no warranty of merchantability or fitness for any particular purpose is expressed or implied in this transaction, that the Seller gives no warranty, expressed or implied, as to description quality, merchantability fitness for any particular purpose, productiveness or any other matter or any item of the property which the Buyer shall receive. The Seller shall in no way be responsible for the proper use and service of the property and the Buyer hereby waives all rights or refusals in return of the property. The property which is the subject of this safe having been made on the express understanding that there is no expressed or implied warranty, the Buyer acknowledges that he is not relying on the Seller or Seller's employees or agent's skill or judgment to select or furnish suitable goods for any particular purpose and that there are no warranties which extend beyond the description on the face hereof. The Buyer shall protect, defend, indemnitY and hold seller and its agents, employees and related companies harmless for any losses, cost expenses (including attorney's fees and court cost) claims (including claims of Buyer's employees), damages, demands, liabilities suits, actions, recoveries and judgments of every nature and description
arising out of the handling, transportation, storage, use, resale or disposal of the property after delivery of the property to the Buyer. The buyer shall pay at the time of payment of the purchase price all applicable sales tax. In this event that the Buyer either fails to pay the tax or other charges as agreed above or fails to providea valid exemption certificate, Buyer shall indemnitY and hold Seller harmless from any liability and expense by reason of such failure. The Buyer shall use the machine according to the manufacture's specification and operation manual following the safety regulations. It is the Buyer's responsibility to obtain the specifications and operations manual from the manufacturer of the machine. The Seller shall not hold any responsibility or liability in case of any accident or any other problem with the product after the sale. PAYMENT OF INVOICE IS BUYER'S ACCEPTANCE ON TIIE STATED TERMS AND CONDmON OF TInS
TRANSACTION, This invoice shall serve as a Bill of Sale upon receipt of payment in full invoice value and all negations void in the event of dispute or non-compliance with the terms of the invoice.

_____
SPEAK2VOICE  LLC

Exhibit 5

------------------------- Instance Type and Transmission -------------------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status    : Network Ack
Priority/Delivery : Normal


------------------------- Message Header -------------------------------------------
Swift    : FIN 103 Single Customer Credit Transfer
Sender   : ICICINBBCTS
        ICICI BANK LIMITED
        GLOBAL TRADE SERVICES UNIT-MUMBAI
        INDIA IN
Receiver : ICICHKHHCLR
        ICICI BANK LTD
        CLEARING SERVICES DEPT
        HONG KONG HK
MUR     : 2689544


------------------------- Message Text -------------------------------------------
 20: Sender's Reference
        6235NSMI0134124
23B: Bank Operation Code
        CRED
32A: Value Date/Currency/Interbank Settled Amount
        231016
        Currency:  USD (US Dollar)
        Amount:  175000,00
33B: Currency/Instructed Amount
        Currency:  USD (US Dollar)
        Amount:  175000,00
50K: Ordering Customer
        122705001565
        UNIVERSAL CRANES AND EQUIPMENTS
        ABOVE ICICI BANK 2ND FLR,OFFICE,
        MUMBAI
        INDIA
57A: Account With Institution
        WFBIUS6SXXX
        WELLS FARGO BANK, N.A.
        UNITED STATES OF AMERICA US
 59: Beneficiary Customer
        1315188696
        SPEAK2VOICE LLC
        16107 KENSINGTON DR, VIDE REFERENCE
        137  SUGARLAND TX 77479
        UNITED STATES
 70: Remittance Information
        ADVACNE PAYMENT AGAINST IMPORT
        INV NO 202376

Exhibit 5-A

    DTD 13.10 .2023

71A: Details of Charges

    OUR


------------------------ Message Trailer -----------------------------------------

MAC: 00000000

CHK: 4AACBCA65524


----------------------Interventions-----------------------------------------

Category         : Network Report

Creation Time   :16/10/2023 18:37:00

Application     : SWIFT Interface

Text

{1:F21ICICINBBACTS4889897555}{4:{177:2310161837}{451:0}{108:2689544}}

# SPEAK2VOICE  LLC

### 16107 KENSINGTON DR, # 112 , SUGARLAND TX 77479  USA
Email : speak2voicellc@gmail.com  Tel : 832-646-3314

DATE: FEBUARY 21   2023                                              INVOICE #202312
CO:

    QUALITY CRANES AND EQUIPMENT.
    2-A LAXMI BHUVAN, 161 P.D.MELLO ROAD,
    CARNAC BUNDER, MUMBAI 400001, MAHARASHTRA INDIA
    TEL: +919820193040


SOLD (PROPERTY):
 ONE UNIT OF USED GROVE GMK 5120B ALL TERRAIN CRANE S/N 51009521


PRICE: US 135,000.00 C&F MUMBAI
( ONE  HUNDRED AND THIRTY FIVE  THOUSAND  DOLLARS)

TERMS :100% ADVANCE VIA WIRE TRANSFER
$ 115,000 DUE UPON RECIPT OF THE INVOICE AND BALANCE $ 20,000 DUE IN 75 DAYS

BANK NAME: WELLS FARGO  BANK
BANK ADDRES : 1720, HWY 6,  SUGARLAND, TX 77478, USA
NAME ON ACCOUNT: SPEAK2VOICE LLC
ACCOUNT # 1315188696
ABA # 121000248
SWIFT CODE : WFBIUS6S

Buyer acknowledges that no warranty of merchantability or fitness for any particular purpose is expressed or implied in this transaction, that the Seller gives no warranty, expressed or implied, as to description quality, merchantability fitness for any particular purpose, productiveness or any other matter or any item of the property which the Buyer shall receive. The Seller shall in no way be responsible for the proper use and service of the property and the Buyer hereby waives all rights or refusals in return of the property. The property which is the subject of this sale having been made on the express understanding that there is no expressed or implied warranty, the Buyer acknowledges that he is not relying on the Seller or Seller's employees or agent's skill or judgment to select or furnish suitable goods for any particular purpose and that there are no warranties which extend beyond the description on the face hereof. The Buyer shall protect, defend, indemnitY and hold seller and its agents, employees and related companies harmless for any losses, cost expenses (including attorney's fees and court cost) claims (including claims of Buyer's employees), damages, demands, liabilities suits, actions, recoveries and judgments of every nature and description arising out of the handling, transportation, storage, use, resale or disposal of the property after delivery of the property to the Buyer. The buyer shall pay at the time of payment of the purchase price all applicable sales tax. In this event that the Buyer either fails to pay the tax or other charges as agreed above or fails to provide a valid exemption certificate, Buyer shall indemnitY and hold Seller harmless from any liability and expense by reason of such failure. The Buyer shall use the machine according to the manufacture's specification and operation manual following the safety regulations. It is the Buyer's responsibility to obtain the specifications and operations manual from the manufacturer of the machine. The Seller shall not hold any responsibility or liability in case of any accident or any other problem with the product after the sale. PAYMENT OF INVOICE IS BUYER'S ACCEPTANCE ON TIE STATED TERMS AND CONDmON OF TInS TRANSACTION. This invoice shall serve as a Bill of Sale upon receipt of payment in full invoice value and all negations void in the event of dispute or non-compliance with the terms of the invoice.

SPEAK2VOICE  LLC

Exhibit 6

```
------------------------- Instance Type and Transmission -------------------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status       : Network Ack
Priority/Delivery : Normal


------------------------- Message Header -------------------------------------
Swift   : FIN 103 Single Customer Credit Transfer
Sender  : ICICINBBCTS
        ICICI BANK LIMITED
        GLOBAL TRADE SERVICES UNIT-MUMBAI
        INDIA IN
Receiver : ICICHKHHCLR
        ICICI BANK LTD
        CLEARING SERVICES DEPT
        HONG KONG HK
MUR     : 1998789


------------------------- Message Text -------------------------------------
 20: Sender's Reference
        6235NSMI0187323
 23B: Bank Operation Code
        CRED
 32A: Value Date/Currency/Interbank Settled Amount
        230223
        Currency:  USD (US Dollar)
        Amount:  115000,00
 33B: Currency/Instructed Amount
        Currency:  USD (US Dollar)
        Amount:  115000,00
 50K: Ordering Customer
        122705000856
        QUALITY CRANES AND EQUIPMENT
        2 A LAXMI BHUVAN 161 P D MELLO ROAD
        MUMBAI
        INDIA
 57A: Account With Institution
        WFBIUS6SXXX
        WELLS FARGO BANK, N.A.
        UNITED STATES OF AMERICA US
 59: Beneficiary Customer
        1315188696
        SPEAK2VOICE LLC
        16107 KENSINGTON DR
        112 SUGARLAND TX 77479
        UNITED STATES
 70: Remittance Information
        ADVANCE PAYMENT AGAINST IMPORT
        INV NO 202312
```

Exhibit 6-A

INV DT 21/02/2023
71A: Details of Charges
OUR

------------------------ Message Trailer ----------------------------------------
MAC: 00000000
CHK: 23B6083C16CA

---------------------Interventions-----------------------------------------
Category          : Network Report
Creation Time     :23/02/2023 17:46:00
Application        : SWIFT Interface
Text
{1:F21ICICINBBACTS4624486902}{4:{177:2302231746}{451:0}{108:1998789}}